*Rec# DET 115184*      *87*

MELVIN JONES JR
(PRO SE)
AND
COLLEEN CONNORS
(PRO SE)
*829 Campbell st.*
*FLint, MI 48507*
*810 - 962 - 6225*

Case 3:18-cv-11934
Judge: Cleland, Robert H.
MJ: Patti, Anthony P.
Filed: 06-19-2018 At 10:13 AM
CMP JONES v MICHIGAN DEPARTMENT OF
CIVIL RIGHTS (sk)

CASE #

SECTION 813 (a) - FAIR HOUSING ACT.
*[42 U.S.C. 3613]*
*(emotionaL distress*
*And humiliation)*

FEDERAL DISTRICT COURT FOR THE EASTERN DISTRICT - SOUTHERN DIVISION MICHIGAN

MELVIN JONES JR, AND COLLEEN CONNORS
   PLAINTIFF'S

V.

MICHIGAN DEPARTMENT OF CIVIL RIGHTS,
REYNARD MOREY-GREER,
PARC LAFAYETTE ASSOCIATION
JOHN CALVIN,
JOHN FINKELMANN,
STEVE GEURRA,
CANDACE CRAWFORD,
CORDELL WILLIAMS
DANIEL LEE
   DEFENDANTS

*( see page)*
*(# 87)*

*PLAINTIFFS SEEK TO ENFORCE BREACHED CONCILIATION AGREEMENTS.*
PLAINTIFF'S REQUEST APPOINTMENT OF COUNSEL AND HEARING TO FORMALLY REQUEST SUCH.

STATEMENT OF GROUNDS FOR THE COURTS JURISDICTION: THE CLAIMS HEREIN INVOLVE A FEDERAL
QUESTION AS TO THE DEFENDANTS VIOLATIONS OF THE FEDERAL FAIR HOUSING ACT, AND VIOLATIONS OF
THE PLAINTIFF'S RIGHTS UNDER THE FAIR HOUSING ACT; AND THE STATUTE OF LIMITATIONS HAVE NOT
EXPIRED.

STATEMENT OF THE CLAIMS SHOWING THE PLEADER IS ENTITLED TO RELIEF: [ SEE EXHBIT - 'A' AFFIXED
HERETO AND ALL ATTACHMENTS THERETO ] - DEFENDANTS' RETALIATION, HARASSMENT, INTERFERENCE WITH
AND CONSPIRACY TO VIOLATE THE PLAINTIFFS' FAIR HOUSING RIGHTS ON ACCOUNT OF PLAINTIFFS' ATTEMPT
TO OBTAIN FAIR HOUSING RIGHTS, AND ON ACCOUNT OF PLAINTIFFS' REPORTING TOXIC-MOLD CONCERNS *
ABOUT TOXIC-MOLD IN PLAINTIFFS' PREVIOUS HOME/CONDO AT PARC LAFAYETTE ASSOCIATION CONDO
COMPLEX TO HUD REGIONAL OFFICE CHICAGO.  *AND ASBESTOS*

DEMAND: RELEIF SOUGHT IS AN ORDER THAT THE COURT DEEMS JUST; AND $280,000 IN FAVOR OF
PLAINTIFF'S. *$100,000 Colleen Connors ; $180,000 MELVIN JONES IR.*

*Colleen Connors*
COLLEEN CONNORS - PLAINTIFF, PRO SE          MELVIN JONES JR - PLAINTIFF, PRO SE

PAGE 1 OF 3

PAGE # 1.5 OF THE COMPLAINT

COLLEEN  CONNORS' BRIEF  STATEMENT OF FACTS  UPON WHICH  RELIEF SHOULD BE GRANTED:

ON JULY 28TH, 2017 I MOVED  OUT  OF MY PREVIOUS  HOME AT 1927 ORLEANS ST DETROIT, MI 48207

BECAUSE CORDELL WILLIAMS BEING ABLE TO SEE MY BREASTS  AT HIS  WHIM AS A MEANS  OF THE

ASOCIATION  HARASSING ME BECAUSE I AM JEWISH, AND DUE TO ME HAVING REQUESTED AN

ACCOMMODATION REQUEST TO CANDACE DUE TO MY ASTHMA - AND ALSO ON MEL'S BEHALF DUE

TO HIS MEDICAL ISSUES WHICH EFFECT HIS BREATHING AS SHORTNESS OF BREATH - AND DUE TO ME

 HAVING ASSISTED MELVIN JONES JR IN OBTAINING THE HUD ISSUED COMPLAINT AGAINST THE

ASSOCIATION AND JOHN CALVIN.  I SAW CORDELL SEE MY BREASTS DURING HIS BATHROOM INSPECTION .

WHICH IS TO SAY, CORDELL WILLIAMS/ THE ASSOCIATION SUBJECTED US TO A BOMBARDMENT OF BARRAGE

OF SUPRISE BATHROOM INSPECTIONS TO LOOK FOR A LEAK WHICH HE KNEW THE SOURCE [THAT BEING

ROOF-LEAKS] WHICH CORDELL HAD TOLD ME THROUGH DIRECT CONVERSATIONS WHICH HE AND

I HAD WHEREIN CORDELL ADMITTED TO ME THAT HE AND CANDANCE KNOW IT IS THE ROOF THAT IS

LEAKING, BUT HE IS TRYING TO KEEP THE BOARD HAPPY.  CORDELL REFERED TO WHAT HE WAS DOING AS

TRYIN TO KEEP EVERYBODY HAPPY.  HOWEVER. WHAT I FOUND AS CLEAR EVIDENCE THAT HE WAS

HARASSING ME IN ORDER TO SEE MY BREASTS IS THAT HE WOULD LITERALLY WATCH THE ROOF

LEAKING AS HE WOULD SAY THAT HE IS THERE TO INSPECT THE BATHROOM FOR LEAKS. IT SHOUDL

BE NOTED THAT SUCH UNWELCOME  BEHAVIOR FROM CORDELL/ THE ASSOCIATION ESCALTED

WHEN THE RESPONDENTS, WHOM ARE NOW DEFENDANTS. WITH EXCEPTION TO MDCR OR

MR. MOREY-GREER AS THEY DO NOT MANAGE PARC LAFAYETTE, BECAME AWARE OF HUD

HAVING ISSUED A COMPLAINT ON MEL'S BEHALF.  WHEN CORDELL SAW MY BREASTS HE GRINED  AND

PUT HIS HAND OVER HIS BALLS ON THE OUTSIDE OF  PANTS AS IF HE WAS MATERBATING..

MORE TO THE POINT, CORDELL'S BOMBARDMENT OF BARRAGE OF SURPISE BATHROOM INSPECTIONS WERE

TIMED TO BE AT THE TIME I WAS LITERALLY JUST ABOUT TO GET INTO THE SHOWER, WHICH I KNOW COULD

BE HEARD AS HE STOOD ON THE COMMON-AREA LANDING WHICH IS JUST OUTSIDE THE BATHROOM

OF MY PREVIOUS HOME.

AS A WOMAN, I 100% DID NOT WANT CORDELL TO SEE MY BREASTS UNDER ANY CIRCUMSTANCES.

SIGNED: _Colleen Connors_____
        COLLEEN CONNORS
        cmcolleen4@gmail.com

PAGE 1.5 OF 3

PAGE 2 FO 3 OF THE COMPLAINT:

[ EXHIBIT ' A ' COVER - SHEET ]

PLANTIFF,MELVIN JONES JR., FIURTHER ALLEDGES THAT THE DEFENDANTS CONSPIRED TO DEPRIVE BOTH HE

AND COLEEN CONNORS OF THE FEDERAL CIVIL RIGHTS PROTECTED BY THE FAIR HOUSING ACT ON

ACCOUNT OF HANDICAPP (e.g. AS DEFINED BY THE FAIR HOUSING ACT) ANIMUS, AND RELIGIOUS

(e.g. JEWISH) ANIMUS BOTH OF WHICH ARE PROTECTED CLASSES UNDER THE FAIR HOUSING ACT.

ADDITIONALLY, THE DEFENDANTS CONSPIRED TO DEPRIVE BOTH PLAINTIFFS OF THEIR FEDERALLY

PROTECTED FAIR HOUSING RIGHTS ON ACCOUNT OF THEM REACHING OUT TO HUD REGIONAL OFFICE

CHICAGO,ON ACCOUNT OF PLAINTIFF - JONES FILING FAIR HOUSING COMPLAINT[S] WITH HUD, AND

DEFENDANTS ALSO CONSPIRED AGAINST PLAINTIFFS TO DEPRIVE THEM OF THIER FEDERALLY PROTECTED

FAIR HOUSING RIGHTS ON ACCOUNT OF HUD ISSUING AN ACCEPTED COMPLAINT, ON NOVEMBER 29, 2016

AGAINST PARC LAFAYETTE ASSOCIATION AND JOHN CALVIN.  WHICH IS TO SAY, PLAINTIFFS UNDERTOOK

PROTECTED ACTIVITIES BY ATTEMPTING TO OBTAIN THIER FAIR HOUSING RIGHTS - WHICH IS ALSO A

PROTECTED CLASS PER THE FAIR HOUSING ACT; *TO INCLUDE MY ACCOMODATION REQUESTS FOR THE CC &R's and BYLAWS BE PROVIDED IN LARGE PRINT.*

SUB-CONSPIRACY TO DEPRIVE PLAINTIFF MELVIN JONES JR OF HIS FEDERAL FAIR HOUSING RIGHTS:

BOTH CONSPIRACIES INVOLVE THE STATE OF MICHIGAN - MICHIGAN DEPARTMENT OF CIVIL RIGHTS

[MDCR], SPECIFICALLY MDCR'S EMPLOYEE - REYNARD MOREY-GREER, AND SOUGHT TO EFFECT

A STATE PROGRAM (i.e. MDCR'S UNDERLYING INVESTIGATION OF THE HUD ACCEPTED COMPLAINT WHICH WAS

TRANSFERED BY HUD TO MDCR FOR INVESTIGATION); AND SHORTLY AFTER WHICH, PLAINTIFF JONES FILED

ONLINE FAIR HUOSING COMPLAINTS TO HUD AGAINST MDCR/ MOREY-GREER.  AND THEREAFTER,

MOREY-GREER CONSPIRED WITH JOHN CALVIN TO INTERFERE WITH PLAINTIFF JONES' FAIR HOUSING RIGHTS

WHEREBY MOREY-GREER WOULD PURPOSELY LIE ABOUT A MATERIAL ISSUE WHICH WOULD HAVE QUICKLY

CONCLUDED THE MDCR/ MOREY-GREER INVESTIGATION OF PLAINTIFF JONES' HUD FAIR HOUSING COMPLAINT

WHICH DIRECTLY ALLOWED MOREY-GREER TO GET-BACK AT JONES FOR HIS PREVIOUS FAIR HOUSING

COMPLAINT MADETO HUD AGAINST MDCR/ MOREY-GREER; AND ALSO DIRECTLY ALLOWED PARC

LAFAYETTE, JOHN CALVIN, JOHN FINKELMANN, STEVE GUERRA AND DANEIL LEE, CORDELL WILLIAMS,

AND CANDACE CRAWFORD TO ESCALATE SAID DEFENDANTS HARASSMENT, INTERFERENCE, INTIMIDATION,

AND THREATS (IN CONTRAVENTION OF THE FAIR HOUSING ACT) PUT AGAINST PLAINTIFF'S;

PLAINTIFF - MELVIN JONES JR - PRO SE

PAGE 2 OF 3

PAGE 3 0F 3 OF THE COMPLAINT

[ COVER SHEET TO EXHIBIT ' A ' CONTINUED]

LOCAL CONSPIRACY AT PARC LAFAYETTE CONDOMINIUMS PUT AGAINST THE PLAINTIFFS:

CORDELL WILLIAMS [MAINTENCE  TECH]  AND CANDACE CRAWFORD [ASSOCIATION MANAGER] BOTH

CONSPIRED AMONG AND BETWEEN THEMSELVES AND A TIMES WITH HOA BOARD PRESIDENT

DANIEL LEE  {[AND AT TIMES WITH THE ASSOCIATION ATTORNEY JOHN CALVIN - WHEREBY AT LATER DATE

JOHN CALVIN CONSPIRED WITH JOHN FINKELMANN AND STEVE GEURRE TO CONCEAL AND

TAKE SEPERATE ACTS IN FURTHERANCE OF SAID CONSPIRACIES} --- WHEREBY JOHN CALVIN AND DANIEL

LEE CONSPIRED TO INTERFER WITH THE HUD COMPLAINT INTAKE PROCESS (WHEREBY JOHN CALVIN TO

IN AN ACT IN FURTHERANCE OF THE CONSPIRACY FOR APPROXIMATELY 5 MONTHS INTERFERED WITH

PLAINTIFF JONES' FARI HOUSING RIGHTS,  BY CONTACTING HUD ON HIS BEHALF, ALTHOUGH JOHN

 CALVIN IS NOT/ AND HAS NEVER BEEN PLAINTIFF JONES' ATTORNEY.  AND ON LATER DATES

CORDELL WILLIAMS BOTH TOOK ACTS IN FURTHERANCE OF THE CONSPIRACY

(E.G. CORDELL  WILLIAMS BY MAKING DEROGATORY STATEMENTS ABOUT JEWISH PERSONS

TO PLAINTIFF-MELVIN JONES JR).   AND JOHN CALVIN SENT WRITTEN CORRESPONDENCE

WHAT PLAINTIFF COLLEEN CONNORS (WHOM ON A DATE PREVIOUS HAD CONVERTED TO JUDAISM)

 CONSIDERED MEANT TO MAKE HER FEEL UNWELCOME LIVING AT PARC LAFAYETTE ON ACCOUNT

OF HER BEING OF JEWISH-FAITH.

CONSPIRATORS CANDACE CRAWFORD AND CORDELL WILLIAMS CONSIPRED WITH JOHN CALVIN AMONG

THEMSELVES WHEREBY JOHN CALVIN TOOK WHAT MEASURES TO CONCEAL AND ENABLE CORDELL

WILLIAMS TO ENTER THE PLAINTIFF'S PREVIOUS HOME/ CONDO AT PARC LAFAYETTE ASSOCIION

AND PUT EGGREGIOUS HARASSMENT AGAINST PLAINTFF MELVIN JONES JR ON ACCOUNT OF JONES

BEING HANDICAPPED (i.e. AS DEFINED BY THE FIAR HOUSING ACT), AND TO TEACH JONES "A LESSON"

THAT HE SHOULD NOT HAVE GONE TO FAIR HOUSING (e.g. FILED HIS COMPLAINTS AGAINST THE

ASSOCIATION AND JOHN CALVIN WITH HUD REGIONAL OFFICE CHICAGO);  AND ON SEPERATE OCCASSIONS

BOTH CORDELL WILLIAMS AND CANDACE CRAWFORD TOOK ACTS IN FURTHERANCE OF THE CONSPIRACY

BY THREATENING PLAINTIFF-JONES THAT HE SHOULD MOVE-OUT OF PARC LAFAYETTE [e.g. IF HE KNOW WHAT

WAS GOOD FOR HIM].

MELVIN JONES JR - PLAINTIFF - PRO SE          MeljonesjR@gmail.com

PAGE  3  of  3

*"AMENDED"*

**Housing Discrimination Complaint**

Inquiry Number: 512220                                    RT
**Case Number:** 05-17-6278-8
HUD File Date: 11-29-2016

1.    **Complainants:**

      Melvin Jones Jr.
      ~~1941 Orleans Street~~           *829 Campbell ST.*
      ~~Detroit, MI 48207~~           *FLINT, MICHIGAN 48507*

2.    **Complainant Representatives:**

3.    **Other Aggrieved Parties:**

4.    **The following is alleged to have occurred or is about to occur:**

      • Failure to make reasonable accommodation

5.    **The alleged violation occurred because of:**

      • Handicap

6.    **Address and location of the property in question (or if no property is involved, the city and state where the discrimination occurred):**

      Parc Lafayette Condominiums
      1941 Orleans St.
      Detroit, MI 48207

7.    **Respondents:**

      John Calvin
      Parc Lafayette Home Owners Association
      1941 Orleans Street
      Detroit, MI 48207

8.    **The following is a brief and concise statement of the facts regarding the alleged violation:**

      I live with a disability and require the use of a cane and mobility scooter for my impairment. I am unable to use the main entrance into my condominium because the buzzer does not work and I have not been given a door key. I have to use the ramp on the side of the complex to get into the complex, in to the trash bins, and to get my mail.

*PAGE 1 OF 2*          *Exhibit 'A'*

*EXHIBIT 'A'*

On April 16, 2016, as a reasonable accommodation, I asked for a key, verbally and through an email and have not received one. Due to the uneven pavement throughout the condominium, including the ramp that leads into and out of the complex, it is burdensome for me to use my mobility scooter to get food, and go to doctor's appointments

On June 14, 2016, I filed a housing discrimination complaint and provided Respondent with a copy of the complaint. On June 21, 2016, I emailed Respondent about my concern of Respondent's failure to respond to my accommodation request. Respondent emailed me and told me to discontinue any direct contact with the Association's property managers regarding any items related to my complaint until he receives the formal notification of the complaint. Respondent is retaliating against me, not allowing me to address my accommodation request, because I filed the Fair Housing complaint. I believe I am being denied a reasonable accommodation for my disability.

9.   **The most recent date on which the alleged discrimination occurred:**

~~June 21, 2016.~~   *b-10-2018*   *April 27th, 2018*

10.  **Types of Federal Funding Identified:**

11.  **The acts alleged in this complaint, if proven, may constitute a violation of the following sections:**

804f3B of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Act of 1988.

**Please sign and date this form:**

**I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.**

✳ ✳

_____   *June 10th, 2018*
Melvin Jones Jr.                                  Date   ✳✳ *(see Attachments NI -1 to NI-18)*

**N O T E : HUD WILL FURNISH A COPY OF THIS COMPLAINT TO THE PERSON OR ORGANIZATION AGAINST WHOM IT IS FILED.**

*PAGE 2 OF 2*   *EXHIBIT 'A'*

*EXHIBIT 'A'*



Office of Fair Housing and Equal Opportunity
Midwest Region Office, Region V
Ralph H. Metcalfe Federal Building
77 West Jackson Boulevard, Room 2101
Chicago, Illinois 60604


November 29, 2016


Melvin Jones Jr.
1927 Orleans Street
Detroit, MI 48207


Dear Complainant:


Subject: Housing Discrimination Complaint
        Jones Jr. Melvin v. Parc Lafayette Home Owners Association
        Inquiry No. 512220
        HUD Case No. 05-17-6278-8


On November 29, 2016, the U.S. Department of Housing and Urban Development (HUD) accepted your complaint of housing discrimination under the Fair Housing Act (the Act) [42 U.S.C. 3601, et seq.]. Please retain the attached copy of the complaint for your records. This letter refers only to the complaint listed above. HUD will send you separate notice(s) regarding any other complaints you have filed.

HUD has referred your complaint to the Michigan Department of Civil Rights for investigation as required by the Act [42 U.S.C. 3610(f)]. HUD has determined that the fair housing law that the Michigan Department of Civil Rights enforces is substantially equivalent to the Act, and it has the authority to address discrimination within the area where your complaint arose. The Michigan Department of Civil Rights, therefore, will take all further action on this complaint. Please direct any questions you may have about the processing of your complaint, or any additional information that supports it, to that agency. If the Michigan Department of Civil Rights fails to begin processing your complaint within 30 days, HUD may take up your complaint again. Otherwise, HUD will not send you any further correspondence regarding this complaint.

During its investigation of your complaint, the Michigan Department of Civil Rights will attempt to informally resolve the complaint through conciliation. If the parties cannot reach an agreement, the Michigan Department of Civil Rights will complete its investigation and issue a decision on whether there was a violation of the law. If you do not agree with the final decision of the Michigan Department of Civil Rights,

Acceptance Letter
        SuppoRTing DocumenT foR EXHIBIT 'A'
        HUD Case No. 05-17-6278-8

SUPPORTING DOCUMENT EXHIBIT 'A'

you can appeal in accordance with the agency's procedures. You cannot appeal the decision to HUD.

In addition to filing your complaint with the Michigan Department of Civil Rights, you may file a civil lawsuit in Federal district court [42 U.S.C. 3613]. You must file any civil lawsuit no later than two (2) years after the alleged discriminatory housing practice occurred or ended. The time during which the Michigan Department of Civil Rights handles your complaint does not count towards this two-year limit.

Be aware that it is unlawful to coerce, intimidate, threaten, or interfere with a person in the exercise of their rights under the Act [42 U.S.C. 3617]. If you believe that anyone has taken such action against you because you filed a complaint, please report it to the Michigan Department of Civil Rights.

Please keep the Michigan Department of Civil Rights informed of your current address and contact information. If the agency cannot locate you, it cannot continue to process your complaint.

You may contact that agency at the following address.

Michigan Department Of Civil Rights
Cadillac Place
3054 West Grand Boulevard, Suite 3-600
Detroit, MI 48202

Michigan Department of Civil Rights
Dr. Agustin V. Arbulu
Director
110 W. Michigan Ave., Suite 800
Lansing, MI 48913

**Point Of Contact:** Marlene Cain
Point Of Contact Phone:313-456-3797

Sincerely:

Maurice McGough, Director
Office of Fair Housing and Equal Opportunity
Region V

Enclosures

EXHIBIT 'A'  SUPPORTING DOCUMENT

Acceptance Letter

HUD Case No. 05-17-6278-8

 Gmail

**Mel jones jr <meljonesjr@gmail.com>**

## June 8th, 2018 HUD Fair Housing Complaint for Melvin Jones Jr

**Mel jones jr** <meljonesjr@gmail.com>                                      Sat, Jun 9. 2018 at 11:41 AM
To: "Trujillo, Rebecca N" <Rebecca.N.Trujillo@hud.gov>
Cc: "Kyles, Courtney N" <Courtney.N.Kyles@hud.gov>, Colleen Connors <cmcolleen4@gmail.com>, mel
jones jr <meljonesjr@gmail.com>

June 7th, 2018

To: Ms.Trujillo - HUD Regional Office Chicago

From: Melvin Jones Jr.

RE: June 8th, 2018 HUD Fair Housing Complaint for Melvin Jones Jr as to
Melvin Jones Jr. v. Parc Lafayette Condominiums Association and John
Calvin; [HUD issued complaint date: 11/ 29/ 2016].

**who**: Parc Lafayette and their agent John Calvin, violated the Fair Housing
Act [e.g. in or about July 2017 the respondents were aware of me being
mobility impaired {handicapped} as defined by the Fair Housing Act].

**what**: As I recall on or about July 2017, the HOA [e.g. Parc Lafayette
Association], and John Calvin did have maintenance and safety
responsibilities for the common-area walkways where I sustained a trip
and near fall [e.g. when I was using my prescribed walker - e.g. my walker
kept me from falling to the ground] due to loose and crumbling cement
(e.g. uneven pavement);  I believe that adverse effect to my physical
medical conditions were aggrieved/ I believe caused me elevated pain.

**when**: As I recall in or about July 2017

**where**: Parc Lafayette Condominium Association Common Area.
mailing address: 1941 Orleans St.
                        Detroit, Michigan 48207

NI - 1

**how**: As I used my prescribed walker as noted above, as I recall Colleen accompanied me outside around the common areas of the condominium complex [i.e. I also had my knee braces on {one on each knee}, as I used my prescribed walker].

**why**: The HOA Association and their agent John Calvin **failed** to meet their responsibility of maintenance and safety responsibilities as to the loose and crumbling cement hazards as to the common area walkways -- and did so because of their disregard for the mobility impaired and being mad (i.e. show me "who's the boss") at me for me attempting to obtain my fair housing rights which would bring light to such.

Accordingly, I believe that the respondents [e.g. Parc Lafayette Association and John Calvin] violated the Fair Housing Act/ violated my Fair Housing Rights.

Sincerely,
/s/
Melvin Jones Jr.

 Gmail

**Mel jones jr <meljonesjr@gmail.com>**

---

## Amended HUD Fair Housing Complaint -- HUD Inquiry # 551102; New Information as to Jones, Melvin v. Michigan Department of Civil Rights

---

**Mel jones jr** <meljonesjr@gmail.com>                                        Sat, Jun 9, 2018 at 3:18 PM
To: "Trujillo, Rebecca N" <Rebecca.N.Trujillo@hud.gov>, CainM1@michigan.gov, "Kyles, Courtney N" <Courtney.N.Kyles@hud.gov>
Cc: Colleen Connors <cmcolleen4@gmail.com>, mel jones jr <meljonesjr@gmail.com>

June 9th, 2018

To: Ms. Trujillo @ HUD Regional Office Chicago Intake

From: Melvin Jones Jr - complainant as to HUD Inquiry # 551102.
{Jones, Melvin v. MDCR}

RE: HUD Inquiry # 551102

Dear Ms. Trujillo,

The attached document which is affixed hereto _**labeled as "N - 1"**_ and all of the emails and online Fair Housing Complaints sent to HUD by me from approx. March 2018 to, today [June 9th, 2018] are intended by me to be the basis of my amended Complaint as to HUD Inquiry number # 551102; also --- I, Melvin Jones Jr., "further" <u>respond to MDCR investigator Mr. Greer's question put to me in/ about December 18th, 2017 via email which asked me the following "question"</u>:

"HUD's decision to issue a complaint does not mean that discrimination occurred" [?]

In direct response to Mr. Greer's 12/ 18/ 2017 "question" - I, Melvin Jones Jr (of course) object !; and Melvin Jones Jr.'s further response to MDCR Investigators Greer's December 18, 2017 (emailed) question is that YES, the respondents Association and John Calvin have put unlawful discrimination against me... (for example) as explained below:
Which that the Association (and John Calvin) failed to meet their duty to maintain the safety and accessibility of the ramp at Parc Lafayette before, during and after snow (e.g. which is to say, there was snow and ice accumulation on the ramp at Parc Lafayette), which on at least two [2] occasions {prior to July 28th, 2017-- during the winter/ snow time} caused me

NI - 2

to slip - and [nearly] fall to the ground (but for my walker having prevented my fall to the ground)... whereby causing what I believe is accumulated/ aggravated injury occurred to my back and knee.  Which is to say, on occasion prior to November 29, 2016 I have told (the Association) by conversations, at separate dates/ times with Association employees Cordell and Candace  about my back and knee injury [e.g. I have had previous back injury (prior to me having moved to Detroit), and injured my knee[s] after having moved to Detroit]; and on previous occasion Danielle Sanders of my back injury [e.g. history of having back injury];  And on/ about prior to November 2016 the Association and John Calvin were aware of my use of a walker for mobility (e.g. my being mobility handicapped per the Fair Housing Act).  In short, the Association punished me for attempting to obtain my fair housing rights (e.g. they were aware of the HUD issued complaint as to HUD Inquiry #551102, and the Association was mad at me because HUD issued a complaint against them) ...and the Association was aware that the ramp was my only means of exit and entry into the complex, and because they (e.g. the Association) were mad at me for reaching out to HUD... the Association failed to properly maintain the ramp to keep it safe to walk on, by failing to remove snow and ice accumulation on the ramp which makes it slippery - nor did they apply an anti-slip measure like sand [or] salt; and which Association knew that the ramp was unsafe due to such/ said failure which done in effort to punish me for attempting to obtain my fair housing rights.... because the Association refused to give me a key to the main building where the elevator is located whereby I could avoid having to use the unsafe ramp as my only means of entry/exit into the condominium complex -- ALTHOUGH ALL OTHER CO-OWNERS WERE GIVEN A KEY TO ACCES THE ELEVATOR IN THE MAIN BUILDING [**except me**]; AND THEREBY ALL OTHER CO-OWNERS WERE ABLE TO AVOID THE UNSAFE RAMP; AND the respondents John Calvin and the Association have violated the Fair Housing act/ violated my fair housing rights; because the Association's unlawful conduct disallowed me equal access out of and into the condominium complex.

Here the respondents' the  Association and John Calvin's "continuous-violations" of my fair housing rights (as to this issue) IS STILL CONTINUOUS because through the winter/ snow season of 2017 I did not have access to the condominium on account of the same pattern of fair housing violation against me by the Association and John Calvin.

Respectfully Submitted,
/s/
Melvin Jones Jr.

cc: HUD REGION V - Director [via fax]

**NI - 1.pdf**
262K

(SAME AS Attachment NI-1)

 Gmail

Mel jones jr <meljonesjr@gmail.com>

**Melvin Jones Jr.'s Request (if possible) that our telephone conversation be re-set for May 9th, 2018 -- Additional documentation to support (Melvin Jones Jr.'s) recent online Fair Housing Complaints.**

**Mel jones jr** <meljonesjr@gmail.com>                        Mon, May 7, 2018 at 2:34 PM
To: "Trujillo, Rebecca N" <Rebecca.N.Trujillo@hud.gov>
Cc: Colleen Connors <cmcolleen4@gmail.com>, mel jones jr <meljonesjr@gmail.com>

note: Request (if possible) that our telephone conversation be re-set for May 9th, 2018 due to my cardiologist appointment.
May 8th, 2018

To: Ms. Trujillo @ HUD Regional Chicago Office

From: Melvin Jones Jr.
re: Additional supporting information as to my recent online HUD fair housing complaint submissions.

**_WHO:_** Cordell Williams (association Maintenance) employee of the Parc Lafayette Association.

NI - 2b

**_WHAT:_** On or about late [e.g. last week of] May 2017 {Colleen was not at home at the time}, Management (on behalf of the Association) sent Cordell to my condominium (e.g. what is now my previous home at the complex), and Cordell entered my condominium unannounced (which is to say, I noticed that he and a short light skinned black man whom was identified as a contractor of the Management) were entering the bathroom of the unit as I sat on my indoor-walker with only my underwear (which were pulled down so that I could trim my pubic hair).  I was told that Management had told Cordell to inspect how I used my shower-stool, because they (Management) believed that I did not use it [e.g. my shower stool] properly.  I was subjected to humiliation in that both Cordell and the Association's contractor (I believe) saw me in a state of nudity prior to me being able to pull up my underwear.  Cordell demanded that I demonstrate [i.e. I had only my

underwear on by this point in the humiliating harassment suffered by me] how I use my shower stool in the shower, because Management believed (according to what Cordell told me) that my shower stool was being used outside of the shower.  I response to me telling Cordell that what he was doing was wrong...Cordell laughed and told me that ain't nothing going to be done about it.... you (i.e. Me/ Mel) wasted your time going to Fair Housing, that's why we are not going to do anything for you.... we got our attorney on it.  And as they abruptly left my condominium ....the contractor (e.g. whom Cordell brought with him) said to Cordell, ya'll should throw his crippled ass out of here.

**_HOW:_** by subjecting me to a surprise bathroom inspection (which I believe was unlawful harassment against me).  I believe that Cordell entered my home by using a key to unlock the front door(however, it is possible that I forgot to lock the door when

Colleen left).  Cordell told me that Management told him that he can enter my unit anytime he wants to, without my permission.

**_WHEN:_** in or about the last week of May 2017.  And I believe that after the last week in May (for example) said disability discrimination against me was still ongoing.

**_WHY:_** I was harassed on the basis of my disability because I have assisted myself in obtaining my Fair Housing Rights as to the HUD Accepted Complaint issued against the Association and John Calvin).  And, as a result I believe that my Fair Housing Rights have been violated.

**_WHERE:_** Parc Lafayette Condominiums - 1941 Orleans St. Detroit, Michigan 48207. {note: this was not the first time that Management sent Cordell with a contractor into the unit to harass me about my use of

my shower chair....which is to say the time previous to this one, Colleen was at home}.

Parc Lafayette Management - Association - and Maintenance unlawful disability harassment.pdf
974K

 Gmail

Mel jones jr <meljonesjr@gmail.com>

---

**sorry for the typos... see corrections Fwd: Context of Melvin Jones Jr's recent HUD Fair Housing Complaints**

---

**Mel jones jr** <meljonesjr@gmail.com>                                    Fri, Jun 1, 2018 at 8:46 AM
To: "Trujillo, Rebecca N" <Rebecca.N.Trujillo@hud.gov>
Cc: "Kyles, Courtney N" <Courtney.N.Kyles@hud.gov>, Colleen Connors <cmcolleen4@gmail.com>, mel
jones jr <meljonesjr@gmail.com>

# _correction_ : the email below should read, Cordell patted me on my butt (i.e. buttocks); also the email below should read that the REN CEN [e.g. where my two (2) doctors' offices are] is approx. 1 mile away from my previous condominium at Parc Lafayette Association.

# Sincerely,
# Melvin Jones Jr.

---------- Forwarded message ----------
From: **Mel jones jr** <meljonesjr@gmail.com>
Date: Fri, Jun 1, 2018 at 7:05 AM
Subject: Context of Melvin Jones Jr's recent HUD Fair Housing Complaints
To: "Trujillo, Rebecca N" <Rebecca.N.Trujillo@hud.gov>
Cc: "Kyles, Courtney N" <Courtney.N Kyles@hud.gov>, Colleen Connors <cmcolleen4@gmail.com>, mel
jones jr <meljonesjr@gmail.com>

June 1st, 2018

NI - 2c

Ms. Trujillo,

The Context of my recent HUD Fair Housing Complaints is that the **respondents have also interred with my medical-care**, because my primary care doctor and eye-doctor are located within a very short ride on my mobility-scooter from my previous home at 1927 Orleans St - Detroit, MI 48207.  Specifically, both of my said doctors are located in the REN CEN in Detroit, Michigan --- which is approximately less than two (2) miles from my previous condominium at Parc Lafayette Association; and NOW because of their unlawful conduct put against me [and Colleen] both said doctors are approx. 75 miles from my home in Flint, Michigan [e.g. 829 Campbell St, Flint Michigan].

Additionally, in or about March 2018, the Association through Danielle Lee and their attorney John Finkelmann (via email) attempted to cover-up their Fair Housing Violations by lying [although inconsistently] about when the "Association" [e.g. through its Maintenance employee Cordell] had accessed (e.g. been inside) my previous condominium at Parc Lafeyette....

Also, on two occasions (as I recall, one prior to late May 2017 and/on in June 2017).... as Cordell left the bathroom in the unit after an abrupt bathroom inspection [during which I was harassed, for example about my shower stool] he "playfully" patted me on my but twice... in a quick pat-pat.  Considering the totality of the circumstances.... I feel that this was unlawful sexual harassment/ handicap harassment against me (in contravention of the Fair Housing Act).

Further -- I believe that Cordell may have engaged in inappropriate touching of Colleen.... which is to say, when the subject is mentioned... she seems to avoid the subject.... and resorts to watching movies as what I believe is to 'put-it-out-of-her mind'.... but I can tell you that she seems very sad about the unwelcome harassment which we suffered from the respondents at our previous home at Parc Lafayette.  It should also be mentioned that when Colleen purchased our current home in Flint.... there were literally mice and rats running around inside DURING THE DAYTIME !!!   So this should tell how bad it was for us at Parc Lafayette -- as to unwelcome sexual and handicap harassment put against Colleen and I by the Association.

Sincerely,
/s/
Melvin Jones Jr.



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**Office of Fair Housing and Equal Opportunity**
Midwest Regional Office, Region V
Ralph H. Metcalfe Federal Building
77 West Jackson Boulevard – Room 2101
Chicago, Illinois 60604-3507

APR − 4 2018

Melvin Jones
829 Campbell St.
Flint, MI 48507

Dear Complainant:

Subject:     Housing Discrimination Complaint
            Inquiry Number: 551102
            Jones, Melvin v. Michigan Department of Civil Rights

    The U.S. Department of Housing and Urban Development (HUD) administratively enforces the Fair Housing Act of 1968 (the Act) as amended [42 U.S.C. §3601 et seq.]. The Act prohibits discrimination in the sale, rental, occupancy, advertising, financing, appraising or insuring of residential dwellings based on race, color, religion, sex, disability, familial status or national origin.

    Before commencing an investigation under the Act, HUD must verify its authority (jurisdiction) to investigate the complainant's allegations. Jurisdiction consists of the following required elements: (1) the complainant is a person who has been, or is about to be, injured by a discriminatory housing practice (standing); (2) the respondent is a person who is liable (covered) under the Act; (3) the Act applies to (covers) the dwelling and/or housing-related transaction described in the complaint; (4) the alleged discriminatory practice or conduct is prohibited under sections 804, 805, 806, or 818 of the Act (subject matter); and (5) the complaint was filed with HUD in a timely manner (statute of limitations). If one or more of these elements is absent, HUD lacks authority to investigate the complaint under the Act.

    **Lack of jurisdiction.** After reviewing the allegations and supporting information, HUD has concluded that the above-referenced complaint does not meet the jurisdictional requirements of the Act. Accordingly, HUD has administratively closed the complaint. This administrative closure is appropriate for the following reason: You state that you filed a Fair Housing complaint that is currently being investigated by the Michigan Department of Civil Rights (MDCR). You indicate that you believe the investigator, Mr. Greer, is "hindering your fair housing rights". The Office of Fair Housing and Equal Opportunity does not have the authority to open a claim of housing discrimination on your behalf because the Respondent you are naming does not meet the jurisdictional requirements as a person who is liable (covered under the Act).

    HUD has determined that the fair housing law that the MDCR enforces is substantially equivalent to the Fair Housing Act, and it has the authority to address discrimination within the area where your complaint arose. MDCR, therefore, will take all further action on the complaint you filed.

Telephone: (312) 353-7776   Fax: (312) 886-2837
Hot Line 1-800-765-9372   TDD 1-800-927-9275

NI − 3

During its investigation of your complaint, MDCR will attempt to informally resolve the complaint through conciliation. If the parties cannot reach an agreement, the MDCR will complete its investigation and issue a decision on whether there was a violation of the law. If you do not agree with the final decision of the MDCR, you can appeal in accordance with that agency's procedures. **You cannot appeal the decision to HUD.**

If you have any questions regarding the above-mentioned complaint or have additional information to be included, please contact:

Michigan Department of Civil Rights
Marlene Cain, Civil Rights Manager
3054 W. Grand Ave.
Ste 3-500
Detroit, MI 48202
313 456-3797

**Right to file a civil lawsuit.** Notwithstanding HUD's administrative closure of this complaint, under Section 813(a) of the Act, the complainant may file a civil lawsuit in an appropriate federal district court or state court within two (2) years of the date on which the alleged discriminatory housing practice occurred or ended. The computation of this two-year period does not include the time during which this administrative proceeding was pending with HUD. If, upon the application of either party, the court determines that the party is financially unable to bear the costs of the civil lawsuit, the court may appoint an attorney, or may authorize the commencement of or continuation of the civil lawsuit without the payment of fees, costs, or security.

Please be advised that this office will administratively close the subject-referenced claim and no further action will be taken.

Enclosed for your review is a fair housing fact sheet summarizing the key provisions of the Act. If you have any additional questions, please contact Courtney Kyles, Intake Branch Chief at (312) 913-8449 or toll-free: (800) 765-9372.

Sincerely,

Maurice J. McGough, Director
Fair Housing and Equal Opportunity
Region V

Enclosures

 Gmail

Mel jones jr <meljonesjr@gmail.com>

## HUD Fair Housing Complaint - Melvin Jones Jr

**donotreply@hud.gov** <donotreply@hud.gov>
To: meljonesjr@gmail.com

Tue, Mar 27, 2018 at 9:26 AM

Dear Melvin,

The U.S. Department of Housing and Urban Development (HUD), Office of Fair Housing and Equal Opportunity (FHEO) has received your HUD 903 online housing discrimination complaint form. The information listed at the end of this email is the data you submitted. Your complaint of housing discrimination will be routed to the appropriate regional office for processing. Your complaint will be reviewed by a fair housing specialist to determine if it alleges acts that might violate the Fair Housing Act. The specialist will contact you for any additional information needed to complete this review. If your complaint involves a possible violation of the Fair Housing Act, the specialist will assist you in filing an official housing discrimination complaint. Please feel free to contact FHEO at the main discrimination hotline number 800-669-9777 (800-927-9275 for the hearing-impaired) or refer to the state toll-free number breakout listed below.

Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont (800-827-5005)

New Jersey, New York, Puerto Rico, Virgin Islands (800-496-4294)

Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia (888-799-2085)

Alabama, Florida, Georgia, Kentucky, Mississippi , North Carolina, South Carolina, Tennessee (800-440-8091)

Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin (800-765-9372)

Arkansas, Louisiana, New Mexico, Oklahoma, Texas (888-560-8913)

Iowa, Kansas, Missouri, Nebraska (800-743-5323)

Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming (800-877-7353)

American Samoa, Arizona, California, Guam, Hawaii, Marshall Islands, Micronesia, N. Mariana Islands, Nevada, Palau (800-347-3739)

Alaska, Idaho, Oregon, Washington (800-877-0246)

Thank you for your submission. Below is the data you have submitted.

Your Personal Information:
First Name: Melvin
Last Name: Jones Jr
E-Mail: meljonesjr@gmail.com
Address: 829 Campbell Street
City: Flint
State: MI
Zip: 48507
Day Time Phone: 8109626225
Evening Phone:
Best Time To Call: Day

*NI - 3a*

Your First Contact Information:

First Name: Colleen
Last Name: Connors
Organization: n/a
Day Time Phone: 3134520638
Evening Phone:
Best Time To Call: Day

Your Second Contact Information:
2. First Name:
Last Name:
Organization:
Day Time Phone:
Evening Phone:
Best Time To Call: Day


What happened?:
On or about December 18th, 2017 Mr. Greer @ MDCR was aware of my being diagnosed by my previous primary doctor, Dr. Arti Subramanian in 2016, with a mental-impairment (as defined by the Fair Housing Act) which is caused by my cardiac medications (and knee pain) whereby my ability to concentrate, focus and confusion is a result of such; also - I am prescribed the use of a walker due my CHF medical health issue.  And on/ about 12-18-2017 Mr. Greer at MDCR [via email.... which caused a greater burden upon me (e.g as to my noted handicap as defined by the Fair Housing Act) and a greater quantity of emails from to me MDCR a address when I believed was Mr. Greer's hindering of my Fair Housing Rights] apparently falsely stated that he had ON NUMEROUS DIFFERENT TIMES visited the Condo complex which is the subject of said HUD Accepted Complaint and DID NOT OBSERVE A WROUGHT-IRON GATE.  Mr. Greer's apparent false assertion is CRITICAL to the FAIR disposition to my HUD ACCEPTED DISCRIMINATION COMPLAINT in that said gate is a 'corner-stone' issue which caused the need for me to have a key to the main building (e.g. bldg #6 where the elevator is.... which should be noted that I [again] requested as a reasonable accommodation to the Association/ Management through Colleen via email in 7/2016 that I be given a key to such... which was denied by delay/ silence).  In short, Mr. Greer improperly (which inhibits my Fair Housing Rights) attempted to make it appear as if the basis  for the issuance of the HUD accepted complaint by HUD Regional Office Chicago was baseless and thereby said HUD complaint should be dismissed.  SEE HUD CASE # 05-17-6278-8.  HUD Inquiry #512220.  HUD File Date: 11-29-2016.


Why do you believe you are being discriminated against?:
On account of my previous fair housing complaint to HUD against Michigan Department of Civil Rights specifically against Mr. Morey-Greer; and my previous complaints to his Manager at MDCR.... so as to [prematurely/ improperly] DISMISS the HUD ACCEPTED/ ISSUED complaint against JOHN CALVIN Parc Lafayette [Home Owners] Association a.k.a. Parc Lafayette Association a.k.a. the Association.


Who do you believe discriminated against you?:
First Name: Renard
Last Name: Morey-Greer
Organization: Michigan Department of Civil Rights
Address: 3054 West Grand Blvd # 3-600 - Detroit MI 48202


Where did the alleged act of discrimination occur?:
Address: 3054 West Grand Blvd # 3-600
City: Detroit
State: MI
Zip: 48202


When did the last act of discrimination occur?: 12/18/2017

Is the alleged discrimination continuous or on going?: Yes

**U.S. Department of Justice**

Civil Rights Division

Disability Rights Section - NYA
950 Pennsylvania Avenue N.W.
Washington, DC 20530

Melvin Jones
829 Campbell Street
Flint, MI 48507

Re:    Michigan Department of Civil Rights               MAR 3 0 2018

Dear Mr. Jones:

This is in response to the complaint that you filed with this office alleging a possible violation of the Americans with Disabilities Act (ADA). After carefully reviewing the information that you provided, we have decided not to take any further action on your complaint. Unfortunately, because the Section receives thousands of ADA complaints each year, we do not have the resources to resolve all of them.

It is important to note that the Justice Department has made no determination regarding the merits of your complaint or whether it could be redressed under the ADA or another statute. Moreover, our decision not to take further action does not affect your right to pursue your complaint in another manner. You may wish to contact an attorney or legal service provider to determine what remedies may be available.

In addition, a number of other options are available to you, including consulting state or local authorities or disability rights groups. Enclosed is a list of such organizations serving your area. These listings come from various sources, and our office cannot guarantee that the listings are current and accurate. We suggest that if you contact any of these organizations, you let them know that you have received this letter from us, so that they will not forward your complaint to our office.

The text of the ADA, the Department's regulations, and many technical assistance publications are provided on our ADA Home Page at http://www.ada.gov. If you have specific questions about Title II or III of the ADA, or want copies of technical assistance publications sent to you, you may call the ADA Information Line at 800-514-0301 (voice) or 800-514-0383 (TTY).

We regret that we are unable to further assist you in this matter.

Sincerely,

Carmen Romero
Director of Intake Unit
Disability Rights Section

Enclosures
626682

NI - 3b

 Gmail

Mel jones jr <meljonesjr@gmail.com>

---

**correction --- Fwd: My email [to HUD as to FairHousing Complaint] of yesterday put into context**

---

**Mel jones jr** <meljonesjr@gmail.com>                                    Sat, Jun 2, 2018 at 5:36 AM
To: "Trujillo, Rebecca N" <Rebecca.N.Trujillo@hud.gov>
Cc: "Kyles, Courtney N" <Courtney.N.Kyles@hud.gov>, Colleen Connors <cmcolleen4@gmail.com>, mel jones jr <meljonesjr@gmail.com>

# Correction: the email below should read, <u>**WITHOUT**</u> DISCUSSING IN GREAT DETAIL.

---------- Forwarded message ----------
From: **Mel jones jr** <meljonesjr@gmail.com>
Date: Sat, Jun 2, 2018 at 5:28 AM
Subject: My email [to HUD as to FairHousing Complaint] of yesterday put into context
To: "Trujillo, Rebecca N" <Rebecca.N.Trujillo@hud.gov>
Cc: "Kyles, Courtney N" <Courtney.N.Kyles@hud.gov>, Colleen Connors <cmcolleen4@gmail.com>, mel jones jr <meljonesjr@gmail.com>

June 2nd, 2018

Ms. Trujillo,

To put my email sent to you on June 1st, 2018 into proper context..... Colleen and I (as I recall) left out of my previous condominium at Parc Lafayette on July 28th, 2017; and stayed in hotels (paid for by Colleen) until approx. late August 2017 - at which time (e.g. approx. late August 2017) we both moved into our home in Flint [829 Campbell St, Flint].

Although we started gong to hotels (as I recall) in early/ mid June 2017 due to concerns about the Associations unwelcome behavior (e.g. unwelcome harassment and retaliatory) as to the abrupt bathroom inspections carried-out by the Associations employee Cordell of Association Maintenance.

For me, the decision in July 2017 to leave my previous home was literally a confluence of unwelcome behavior put against me by the Association, et.

NI - 4

For example, John Calvin's emails (all things considered, to me) added to my feelings of being helpless against the Association's unwelcome harassing conduct; and Cordell is (in my view) described best as the "enforcer"... in that he had access to the unit - and thereby Colleen and myself; and Cordell "enforced" the Association being mad at me (i.e. the Association wanting to teach me a lesson) due a HUD complaint being issued against the Association and the Association's  Attorney John Calvin - wherein I am the aggrieved-party.

Which is to say.... given the horrible events which I had been subjected to by the Association, frankly MDCR's  Mr. Greer (what I can best described as retaliatory apathy on the part of Mr. Greer.... here if it is possible to listen to the telephone/ cell phone conversations which Mr. Greer and I had) what I feel is Greer's retaliatory failure to put a stop to the Association's unlawful conduct [e.g. he could have simple investigated the issue pertaining to the wrought-iron gate at Parc Lafayette for example]..... and the humiliating conduct by Cordell against me ----- I though sure that he [Cordell] must have done similar horrible/ egregious unwelcome harassment against Colleen also, because she and I [with discussing in detail what we each have been subjected to by Cordell/ the Association] both, for our own reasons, felt safe at the hotel in / about mid June 2017 (e.g. the first time, as I recall, that we went to a hotel to avoid the Association's unwelcome harassment).  Which is to say... after that I knew that (the totality of the circumstances), I knew after leaving my previous home at Parc Lafayette on July 28th, 2017... that it was not safe to return (e.g. because the Associations harassment would continue to escalate).

I would cry uncontrollably at the thought of having to return to Parc Lafayette.  That is to say, on an occasion previous to July 27th, 2017... Cordell joked that if I sucked his dick... then things would get done in my unit.

This is why I firmly believe that he (Cordell) must have said/ done similar unwelcome harassment against Colleen (although it is possible that Cordell targeted me, because only my name was on the HUD accepted complaint

issued against the Association, et al)... my thoughts are -- why else would Colleen (also) refuse to go back to my previous Condominium at Parc Lafayette; and move into a home that literally had mice and rats running and POPPING in it.... literally, for months after moving in Colleen threw away mice and rats that were caught in the traps which she bought from Home Depot; and she literally (as I recall) Colleen bought approx. 30 to 50 bags of rat/ mice bat.... and the rodent issue was so bad in approx. September 2017 (e.g. just shortly after we moved in) that she called Terminix (or a similar company which deals with rodent infestations).

It should also be noted that the Association in mid-July 2017 offered a settlement to me - however, it is not clear exactly for what part of their Fair Housing violations against me said settlement was meant to cover. However, I view the Association's July 2017 settlement of which was made through their agent John Calvin AS AN ADMISSION that my Fair Housing Rights were violated by the Association.

Sincerely,
Melvin Jones Jr.

 Gmail

**Mel jones jr <meljonesjr@gmail.com>**

___

**June 10th 2018 Fair Housing Complaint - HUD Inquiry # 552319**
___

**Mel jones jr** <meljonesjr@gmail.com>                    Tue, Jun 5, 2018 at 6:56 AM
To: "Trujillo, Rebecca N" <Rebecca.N.Trujillo@hud.gov>
Cc: "Kyles, Courtney N" <Courtney.N.Kyles@hud.gov>, Colleen Connors <cmcolleen4@gmail.com>, mel
jones jr <meljonesjr@gmail.com>

June 10, 2018

To: Ms. Trujillo - HUD Regional Office Chicago Intake

RE: Fair Housing Complaint (from Melvin Jones Jr.) - HUD Inquiry # 552319.


WHO: The Association through their employees Candace, Cordell and John
Calvin.

WHAT: The Association otherwise made housing unavailable to by I should not
have filed the HUD complaint because the Board is embarrassed and now look
bad... and are mad at you.... and not gonna do anything for me intimidating me
that I should move-out if I knew what is good for me;

WHEN: In or about June 15, 2017 when I was attempting to obtain
documentation from the Association/ Cordell as to why the Association entered
my previous condominium; and in or about June 15, 2017 as I rode my electric
mobility scooter past the from the of parking lot near the front of Parc Lafayette
(e.g. as I waited for Colleen.... I believe she had gone back into the
condominium to use the bathroom to go pee).... I was passing by where
Candace would park her car.... and I asked her for said documentation also.

WHERE:  In the Parc Lafayette Condominium common area
1941 Orleans St
Detroit, Michigan 48207

HOW:  by coercion and threat (as set forth below)

WHY:  I was threatened/ coerced because I assisted myself in obtaining my
Fair Housing Rights (and Colleen Connors in attempting to obtain her Fair
Housing Rights).  The respondents were aware of Melvin Jones Jr.'s dynamic-
heart failure medical condition which rendered him walker dependent for
ambulation - because on at least three occasions (twice as to Cordell and once

NI - 5

as to Candace) the Association's employees (e.g. Candace of HOA
Management and Cordell of HOA Maintenance) questioned me about my
medical condition prior to July 28th, 2017 and I explained to both Candace and
Cordell about my Beaumont cardiologist's echocardiogram findings (**see the
four [4] attachments affixed hereto labeled AORTIC VALVE
OSTRUCTION 2 {look very closely at the paragraph labeled
interpretation}, and 3**); and by my notes taken contemporaneously to said
conversations with Cordell and Candace.... they both coerced and threatened
me that, if I had no gone to Fair Housing [i.e. Cordell], and that I should not
have filed the HUD complaint because the Board is embarrassed and now look
bad... and are mad at you.... and not gonna do anything for me  (e.g. me/ Mel);
and [Candace] stated to me that she is not going give me written
documentation about it, but you (e.g. me/ Mel) should move-out if you know
what is good for you.... THEN shortly after which  (i.e. on/ about July 23rd,
2017) then I received the "emailed settlement offer" from the Association's
agent John Calvin.  Which is to say, I believe that the "settlement offer" was,
for lack of a better term, negotiation with a gun to my head [but, in this case
with a gun being held to my heart].... which is to say the outrageous
harassment and retaliation which I suffered was done by the respondents also
as a means to harm my health condition which they knew of.

**2 attachments**

📄 **Aortic Valve Obstruction 2.pdf**
152K

📄 **Aortic Valve Obstruction 3.pdf**
1176K

 Gmail

Mel jones jr <meljonesjr@gmail.com>

---

## Religious Discrimination - June 5th, 2018 HUD Fair Housing Complaint, for Melvin Jones Jr.

---

**Mel jones jr** <meljonesjr@gmail.com>                                      Tue, Jun 5, 2018 at 9:56 AM
To: "Trujillo, Rebecca N" <Rebecca.N.Trujillo@hud.gov>
Cc: "Kyles, Courtney N" <Courtney.N.Kyles@hud.gov>, Colleen Connors <cmcolleen4@gmail.com>, mel
jones jr <meljonesjr@gmail.com>

June 5th, 2018

To: Ms. Trujillo - HUD Regional Office Chicago Intake

From: Melvin Jones Jr. [re: HUD inquiry # 552319 ] -- HUD Fair Housing
Complaint of Religious Discrimination against Melvin Jones Jr.


On or about July 28th, 2017, the Association made housing otherwise
unavailable to me, Melvin Jones Jr., [in that I was forced to move out of my
previous condominium on July 28th, 2017 at Parc Lafayette Association
Condominiums, on account of the Association] having recently violated my
sincerely held religious beliefs which occupy the place of religion in my the
believer's [e.g. Melvin Jones Jr.'s] own scheme of things. In other words, said
religious beliefs are meaningful to me; and concern my "ultimate ideas" such
as life, death, and purpose; and they fill, in my the believer's [i.e. Melvin Jones
Jr.'s] mind, a place similar to that filled by "God" in traditional, organized
religions.

My beliefs are religious in nature and sincerely held, as to me choosing that
the only male whom is allowed to see me nude is my own selected male
primary-care physician (when a legitimate need for such arises).... Here
neither the Association nor Cordell (of HOA Maintenance) are allowed to see
me nude as Cordell did as a means of unwelcome harassment against me, on
account of me obtaining my Fair Housing Rights for myself on prior occasion -
which the Association and Cordell were aware of.

Prior to July 28th, 2017 I, Melvin Jones Jr. had specific discussions about my
aforementioned sincerely held Christian religious beliefs with Association
employee's Danielle Sanders, Candace Crawford, and Cordell Williams [per
my notes taken as to such]; which is to say, the Association (through their
employee Cordell Williams, abruptly entering my previous home and harassing

NI - 6

me while I was nude [e.g. with my underwear pulled down, whereby he Cordell refused to leave although I asked him to leave and he saw that I was nude]) subjected me to religious discrimination as a means of teaching me a lesson for speaking up for myself by me making fair housing complaints to HUD, whereby a HUD accepted/ issued complaint occurred against the Association and their employee John Calvin.  And shortly prior to July 28th, 2017, I again had discussion with Cordell about this matter and he told... wait, not to interrupt you Mel, if you don't like it... then you should move out; And on July 28th, 2017...due to the unwelcome harassment put against me [which is also Religious Discrimination] I moved out of my previous home at Parc Lafayette Association Condo's and have not returned.

Sincerely,
/s/
Melvin Jones Jr.

 Gmail

**Mel jones jr <meljonesjr@gmail.com>**

---

**See Correction --- Fwd: HUD DIscrimination Complaint - Overt Religous Discrimination against Colleen Connors HUD Inquiry Number 552319**

---

**Mel jones jr** <meljonesjr@gmail.com>                                      Thu, Jun 7, 2018 at 7:11 AM
To: "Trujillo, Rebecca N" <Rebecca.N.Trujillo@hud.gov>
Cc: "Kyles, Courtney N" <Courtney.N.Kyles@hud.gov>, Colleen Connors <cmcolleen4@gmail.com>, mel
jones jr <meljonesjr@gmail.com>

# CORRECTION: the email below should say, Cordell said - now I know that Colleen is a JEW...

---------- Forwarded message ----------
From: **Mel jones jr** <meljonesjr@gmail.com>
Date: Thu, Jun 7, 2018 at 7:09 AM
Subject: HUD DIscrimination Complaint - Overt Religous Discrimination against Colleen Connors HUD
Inquiry Number 552319
To: "Trujillo, Rebecca N" <Rebecca.N.Trujillo@hud.gov>
Cc: "Kyles, Courtney N" <Courtney.N.Kyles@hud.gov>, Colleen Connors <cmcolleen4@gmail.com>, mel
jones jr <meljonesjr@gmail.com>

# June 7th, 2018

# To: Ms Trujillo @ HUD Chicago Regional Intake

# From: Melvin Jones Jr. on behalf of Colleen Connors.

NI - 7

Please also add the following to your analysis of HUD Inquiry Number 552319:

On/ about early July 2017 [Colleen and I were staying in a Hotel because the Association/ Cordell was going to do a bathroom inspection in the condominium.... Colleen had also rented car a so that she could take me to my doctors appointment -- and she had also gone to Home Depot to have keys made to give to the Association to replace the such that they had purportedly lost].... so after having the keys made, she drove to Parc Lafayette so that I could hand the keys to Cordell in front of 1941 Orleans St [e.g. I did so by handing him the keys from out of the passenger-side of the car window].

We called Cordell on his cell phone to let him know we were there (i.e. at the complex)... and I recall that I had already rolled down the passenger window.... and as Cordell walked out of 1941 Orleans (the main building) .... as he approached the car --- see now I know that Colleen is a JEW, I see she bought a new car, but won't pay the any money to us because she is stingy and we are black... then he leaned his head slightly in the car and asked Colleen how much did your new car cost you ?

To which Colleen responded that, it is not my car it is a rental car.  Cordell then took the keys from me and said alright then (but in a more slang way of saying it). //
Sincerely

/s/

Melvin Jones Jr.

  **Gmail**

Mel jones jr <meljonesjr@gmail.com>

---

**Additional overt religious discrimination by the Association - HUD Inquiry Number 552319**

---

**Mel jones jr** <meljonesjr@gmail.com>                                    Thu, Jun 7, 2018 at 7:57 AM
To: "Trujillo, Rebecca N" <Rebecca.N.Trujillo@hud.gov>
Cc: "Kyles, Courtney N" <Courtney.N.Kyles@hud.gov>, Colleen Connors <cmcolleen4@gmail.com>, mel jones jr <meljonesjr@gmail.com>

PLEASE NOTE: I, Melvin Jones Jr., will have very limited access to my email for the next two days or so, because I have an over-night medical matter and appointment on the next day.

---

June 7th, 2018

To: Ms. Trujillo @ HUD Regional Office Chicago Intake

From: Melvin Jones Jr.

RE: Additional overt religious discrimination by the Association - HUD Inquiry Number 552319.

Additionally, according to my notes ---- Cordell in/ about early July 2017 sarcastically called me Sammy.... and in response, I said my name is Mel. Cordell responded, no - your name is Sammy ....as in Sammy Davis Jr.... because you are a traitor to your own people... Cordell then asked me, are you going to convert to a JEW ?  Then he (Cordell) made fun of my wondering left-eye [e.g. I have amblyopia in my left-eye/ lazy-eye]... he said to me, Sammy had a funny eye just like you... see Mel you are more than half way there.... your woman is white and a JEW... you do not fit in here, why don't ya'll (e.g. I believe Cordell at this point was referring to both Colleen and I) get out of here ?  I responded, there are laws that say the Colleen and I have a right to live here....; and Cordell then laughed and walked away.
//

Sincerely,                          NI - 8

 Gmail

Mel jones jr <meljonesjr@gmail.com>

## HUD Fair Housing Complaint - Melvin.. Jones Jr
1 message

**donotreply@hud.gov** <donotreply@hud.gov>                    Mon, Apr 23, 2018 at 8:44 AM
To: meljonesjr@gmail.com

Dear Melvin..,

The U.S. Department of Housing and Urban Development (HUD), Office of Fair Housing and Equal
Opportunity (FHEO) has received your HUD 903 online housing discrimination complaint form. The
information listed at the end of this email is the data you submitted. Your complaint of housing
discrimination will be routed to the appropriate regional office for processing. Your complaint will be
reviewed by a fair housing specialist to determine if it alleges acts that might violate the Fair Housing Act.
The specialist will contact you for any additional information needed to complete this review. If your
complaint involves a possible violation of the Fair Housing Act, the specialist will assist you in filing an
official housing discrimination complaint. Please feel free to contact FHEO at the main discrimination
hotline number 800-669-9777 (800-927-9275 for the hearing-impaired) or refer to the state toll-free number
breakout listed below.

Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont (800-827-5005)

New Jersey, New York, Puerto Rico, Virgin Islands (800-496-4294)

Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia (888-799-2085)

Alabama, Florida, Georgia, Kentucky, Mississippi , North Carolina, South Carolina, Tennessee (800-440-
8091)

Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin (800-765-9372)

Arkansas, Louisiana, New Mexico, Oklahoma, Texas (888-560-8913)

Iowa, Kansas, Missouri, Nebraska (800-743-5323)

Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming (800-877-7353)

American Samoa, Arizona, California, Guam, Hawaii, Marshall Islands, Micronesia, N. Mariana Islands,
Nevada, Palau (800-347-3739)

Alaska, Idaho, Oregon, Washington (800-877-0246)

Thank you for your submission. Below is the data you have submitted.

Your Personal Information:
First Name: Melvin..
Last Name: Jones Jr
E-Mail: meljonesjr@gmail.com
Address: 829 Campbell St.
City: Flint
State: MI
Zip: 48507
Day Time Phone: 810-962-6225

NI - 9

Evening Phone:
Best Time To Call: Day

Your First Contact Information:
1. First Name: Colleen
Last Name: Connors
Organization:
Day Time Phone: 313-452-0638
Evening Phone:
Best Time To Call: Day

Your Second Contact Information:
2. First Name:
Last Name:
Organization:
Day Time Phone:
Evening Phone:
Best Time To Call: Day

What happened?:
On or about April 18, 2018 (and dates prior --- e.g. prior to and 12/ 2017, and prior to  and 9/ 2018 and dates after), the Association and Association Management (as well as Association Maintenance) used the RAMP at the condominium complex as a loading dock [e.g. for loading of furniture (for example) into a container which the Management would order and placed at the entrance of the RAMP at the complex (which were NOT Trash-Bins).  For example, when the doors of the container were opened, the RAMP was blocked such that I could NOT get out of the complex using my mobility scooter to get food for myself or go to the pharmacy to get my prescription medications (which on relevant dates hereto said pharmacy was located in downtown Detroit.... which I would ride my mobility scooter to and from the complex to pick up my prescription medications and to go to get food for myself as well).  The Association, John Calvin and Management were clearly put on notice by HUD that my being forced to use the RAMP at the complex as my only means of access and entry to my condominium is repugnant to my Fair Housing Rights (e.g. HUD issued a disability discrimination complaint against the Association and John Calvin on 11-29-206, and John Calvin via email acknowledged that he was aware of such)... as result, in no small part due to such, on March 21st, 2018 I quit-claimed my condominium to the Association; However, my personal items were left behind in the unit in July 2017 (e.g. John Calvin gave permission as to such).... but I am unable to access the condominium complex or unit as a result of me NOT having equal access as a disabled person (as defined by the Fair housing Act) due to the aforementioned.  And I believe that my Fair Housing Rights are being violated as a result.

Why do you believe you are being discriminated against?:
I was harassed because I had assisted myself in obtaining my Fair Housing Rights (e.g. as to the HUD accepted complaint issued against the Parc Lafayette (Homeowners) Association and their agent John Calvin on 11-29-2016 (case # 05-17-6278-8 Inquiry # 512220).  Consistent with the basis for the HUD issued accepted complaint, as a person who lives with a disability, per the Fair Housing Act (e.g. mobility impairments)... my only Primary Use Accessible (common use) entrance WAS NOT one which is typically used by residents and/or guests for the purpose of entering the MAIN ENTRANCE building at the complex (e.g. Bldg. #6 where the only elevator is located).  Specifically, the RAMP (e.g. which is used by the Association as a loading dock) at complex was my only accessible entrance into the complex to access my condominium;  and my Fair Housing Rights were violated as a result.  Per HUD accessibility requirements - loading docks cannot serve as the only accessible entrance to buildings (i.e. entry into the complex to access my condominium), even if residents occasionally use such a loading dock/ ramp for entering the complex/ buildings.

Who do you believe discriminated against you?:
First Name: Dawn Knox  - John Finkelmann
Last Name: Steve Guerra - John Calvin
Organization: Parc Lafayette Association
Address: 1941 Orleans St - Detroit Michigan 48207


Where did the alleged act of discrimination occur?:
Address: 1941 Orleans St
City: Detroit
State: MI
Zip: 48207


When did the last act of discrimination occur?: 04/18/2018

Is the alleged discrimination continuous or on going?: Yes

Parc Lafayette et, al. on notice of the aforementioned.  And to formally notify all parties (which includes MDCR) that if MDCR fails to contact me via email within 30 days from todays date (June 12, 2018) I will formally request that HUD retake the current and operative complaint which is the amended June 10th, 2018 HUD complaint.  Which is to say that I, Melvin Jones Jr, (with the exception of the June 10th, 2018 amended HUD complaint) withdraw any/ all previous "statements of concern" which I sent to MDCR and any/ all previous issues which I have previously sent to MDCR.  And as you are aware, although I did previously sign a release of medical information to MDCR/ Greer…. I have since filed a Federal Civil Rights HIPAA

complaint against MDCR.  Additionally, notwithstanding the aforementioned MDCR conduct…. I sincerely believe that the toxic-mold which the Association let languish in my previous home (e.g. 1927 Orleans St – Detroit) adversely effected the ability to effectively participate in the MDCR investigation.  <u>Simply put, one of the purposes of the June 10th, 2018 amended HUD Complaint is to narrow the issues for all parties (which includes MDCR</u>). Thank you, Melvin Jones Jr.

Sent from Mail for Windows 10

 Gmail                                    Colleen Connors <cmcolleen4@gmail.com>

## HUD Fair Housing Complaint - Colleen Mary, Connors

**donotreply@hud.gov** <donotreply@hud.gov>                    Thu, Apr 19, 2018 at 6:31 PM
To: cmcolleen4@gmail.com

Dear Colleen Mary,,

The U.S. Department of Housing and Urban Development (HUD), Office of Fair Housing and Equal Opportunity (FHEO) has received your HUD 903 online housing discrimination complaint form.  The information listed at the end of this email is the data you submitted.  Your complaint of housing discrimination will be routed to the appropriate regional office for processing. Your complaint will be reviewed by a fair housing specialist to determine if it alleges acts that might violate the Fair Housing Act. The specialist will contact you for any additional information needed to complete this review. If your complaint involves a possible violation of the Fair Housing Act, the specialist will assist you in filing an official housing discrimination complaint.  Please feel free to contact FHEO at the main discrimination hotline number 800-669-9777 (800-927-9275 for the hearing-impaired) or refer to the state toll-free number breakout listed below.

Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont (800-827-5005)

New Jersey, New York, Puerto Rico, Virgin Islands (800-496-4294)

Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia (888-799-2085)

Alabama, Florida, Georgia, Kentucky, Mississippi , North Carolina, South Carolina, Tennessee (800-440-8091)

Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin (800-765-9372)

Arkansas, Louisiana, New Mexico, Oklahoma, Texas (888-560-8913)

Iowa, Kansas, Missouri, Nebraska (800-743-5323)

Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming (800-877-7353)

American Samoa, Arizona, California, Guam, Hawaii, Marshall Islands, Micronesia, N. Mariana Islands, Nevada, Palau (800-347-3739)

Alaska, Idaho, Oregon, Washington (800-877-0246)

Thank you for your submission. Below is the data you have submitted.

Your Personal Information:
First Name: Colleen Mary,
Last Name: Connors
E-Mail: cmcolleen4@gmail.com
Address: 829 Campbell St
City: Flint
State: MI
Zip: 48507
Day Time Phone: 313-452-0638
Evening Phone:

NI - 10b

Best Time To Call: Day

Your First Contact Information:
1. First Name: Melvin
Last Name: Jones Jr.
Organization:
Day Time Phone: 810-962-6225
Evening Phone:
Best Time To Call: Day

Your Second Contact Information:
2. First Name:
Last Name:
Organization:
Day Time Phone:
Evening Phone:
Best Time To Call: Day

*For example*
*See mold*
*Report:*
*(Attachment*
*NI - 10c )*

What happened?:
ON FEBRUARY 14th, 2018 (e.g. from August 2015 to February 2018) my rights (e.g. as a tenant/ lease and or license) while living at Parc Lafayette Condominiums were violated due to impermissible reasons as defined by the fair housing act [unlawful disability discrimination and harassment]... whereby the Association and Management/ Maintenance FAILED to keep the premises (e.g. the unit) in reasonable repair (i.e. free from toxic mold being in the unit). Which is to say, I had a lease with the Association (via their management company) with was at least 1 year, and there was transfer and control of the unit to the Association's tenant [e.g. me - Colleen Connors], and there was a contract (at least implied) between the Association and me whereby I (Colleen) paid monies via my personal checks DIRECTLY to Management, and there was permission/ consent by the landlord (the Association) for me (Colleen) to occupy the unit, and there was a subordination of the landlord (the Association's) rights to the tenant (e.g. me - Colleen), and there was a reversion in the landlord (the Association), also there was a creation of an estate in the tenant (e.g. me - Colleen).

Why do you believe you are being discriminated against?:
I was harassed because I assisted a Handicapped person (per the Fair Housing Act) obtain his fair housing rights (e.g. said handicapped person's mane is Melvin Jones Jr --- whereby a HUD accepted complaint was issued against the Association and John Calvin [e.g. John Finkelmann's co-worker] on 11.29.2016 and transferred to MDCR for investigation  - wherein I, Colleen, continued to assist Melvin Jones Jr. in obtaining his fair housing rights).

* Disability discrimination.

Who do you believe discriminated against you?:
First Name: John Finkelmann
Last Name: Association Management/ Maint.
Organization: Parc Lafayette Association
Address: 1941 Orleans St - Detroit Michigan 48207

Where did the alleged act of discrimination occur?:
Address: 1941 Orleans St
City: Detroit
State: MI
Zip: 48207

When did the last act of discrimination occur?: 02/14/2018

Is the alleged discrimination continuous or on going?: Yes



Mold Inspection & Testing | MI&T
Nationwide Unbiased Mold Testing
Website: http://mitmold.com
855-600-6653 | Office@mitmold.com

Client Name: Colleen Mary Connors
Inspector: Detroit - Martin Jankowski
Location Address: 1927 Orleans St., Detroit, Michigan, 48207
Inspection Date: 07/21/2017
Time of Inspection: 6:00 PM



Outside Temperature: 85
Outside Humidity: 59
Outside Conditions: clear

Indoor Temperature: 78
Indoor Humidity: 51

***Basic Mold Inspection Details:***
A basic mold inspection by an MI&T inspector includes a full visual assessment of a property's readily accessible areas with use of specific tools of our trade in order to identify any possible "red flags" that could be causing a mold growth problem. It also includes the collection of 2 air samples. The first must be taken from outside and serves as a "control," every home or business has "normal" levels of mold and this will determine what is acceptable for a property in your area. It also shows that all the equipment/supplies used were working properly and makes our results legally binding. The other air sample is taken from the area inside the home or business that the inspector and client agree is the area of greatest concern. These 2 air samples will determine whether or not elevated conditions exist at the property in question.

***Advanced Mold Testing:***
For those that wish to confirm the source of a mold problem and receive specific instructions for remediation, additional mold testing is necessary. We offer surface samples via tape lift/swabs and in-wall cavity air samples to accomplish this task. When an inspector finds something specific that they believe is compromising the indoor air quality of a property, he will suggest one of the above samples mentioned. If the problem shown by the general air sample is the same seen at the localized testing location, we can not only confirm that is the source of a problem, but also offer exactly what you need to do in order to fix it. If the problem area is large enough, multiple samples may be suggested to establish precisely what has been contaminated. Additional general air samples are also beneficial to determine how far an air quality problem has spread.

NI - 10c





*Remediation Overview*

Mold Inspection & Testing | MI&T
Nationwide Unbiased Mold Testing
Website: http://mitmold.com
855-600-6653 | Office@mitmold.com

To whom it may concern,

Based on the findings of the visual inspection and lab results of samples collected during the inspection, it is our professional opinion that elevated mold conditions do exist at the property.

Elevated Mold Conditions Exist: YES
Professional Mold Remediation Recommended: YES

CHOOSING A MOLD REMEDIATION COMPANY:

It is important to understand there is a difference between a general remodel and a mold remediation. Later in this document we will lay out recommended remediation steps. This protocol should be carried out by a restoration company/technician with both education and experience dealing with mold. While some general contractors are prepared to complete a mold remediation properly, the majority are not equipped to carry out all the recommend steps unless restoration is a focus of the business. Failure to complete all of the steps may result in lingering indoor air quality problems or even worse, the mold problem returning entirely.

Many of our clients turn to us for a recommendation on what company to use for the mold removal. In an effort to stay separate from the restoration process and help our clients with this process, we have compiled a list of reputable companies in your area. MI&T is not affiliated with these companies. If you have a negative experience with one of them please inform us and we will re-evaluate their placement.

Requirements to be listed: IICRC Certified, Properly Licensed, Insured,
No Unclosed BBB Complaints, Positive Online Reputation.

**Restoration Doctor**
**(586) 522-4922**
**http://restorationdoctorus.com**
**amanda@restorationdoctorus.com**

**Servpro of Redford**
**(313) 693-4432**
**http://www.servproredford.com/**
**mjs@acedetroit.com**

**Complete Environmental Solutions**
**(313) 334-9974**
**http://completeenvironmentalsolutionsllc.com/**
**completees@yahoo.com**



**Click Here to Forward Mold Inspection Report and Request Quote**



 *c Mold Inspection Report*

Mold Inspection & Testing | MI&T
Nationwide Unbiased Mold Testing
Website: http://mitmold.com
855-600-6653 | Office@mitmold.com

**# of air samples taken:** 0
**# of surface samples taken:** 2

**Recommended Samples NOT Submitted:** no

**Areas of Concern:** ceiling and wall near entry

**General Observations**

| Observation | Yes | No |
|---|---|---|
| Musty Smell or Odor | | ✔ |
| Water Damage | | ✔ |
| Excess Humidity | | ✔ |
| Excess Moisture | | ✔ |
| Visual Growth | ✔ | |
| Roof Leak | ✔ | |
| HVAC Problem | | ✔ |
| Plumbing Issue | | ✔ |
| Health Complications | ✔ | |
| Localized Problem | ✔ | |
| Widespread Problem | | ✔ |
| Control Sample Taken | | ✔ |

**Additional Notes:** Health issues. Past roof leaks. Flat roof.





Mold Inspection & Testing | MI&T
Nationwide Unbiased Mold Testing
Website: http://mitmold.com
855-600-6653 | Office@mitmold.com

## #1: Vacating the Premises

- Vacating people from the adjacent spaces is usually only necessary for a large/widespread problem but is also recommended for individuals with reduced immune systems, elderly, infants, recent surgery patients, people with chronic inflammatory lung disease or individuals with respiratory health concerns.

## #2: Personal Protective Equipment (PPE)

- Full-face respirators are to be worn.
- Gloves are to be worn to remove all infected building materials.
- Disposable Tyvek coveralls covering both the head and shoes shall be worn.

## #3: Containment of Each of the Contaminated Area

- Complete isolation of the work area using plastic (6 mil poly) sheeting sealed with tape.
- If a containment area blocks the only entrance, vacating the property is usually recommended during remediation.
- If the problem is widespread and the entire property needs remediation, no containment is necessary.
- This area should be large enough to house any contaminated materials
- Sealing with plastic sheeting (6 mil poly) all ventilation, ducts/grills, fixtures and other openings.

## #4: Negative Pressure Used

- Use an exhaust fan with a HEPA filter to generate negative pressurization (ventilating to the outdoors). Use the appropriate sized unit for the space. The air exchange rate must be six times per hour.

## #5: HEPA Vacuum

- Any area that is in the same area of contaminated materials should be HEPA vacuumed, starting at highest point and working down to the floor.
- Any area that is contained should be completely HEPA-Vaced.
- This should be done before AND after removing contaminated materials.
- If the entire property is contaminated, the entire property needs to be HEPA-Vaced.

## #6: Applying Biocide

- Apply biocide to visible fungal growth prior to removal of material. Wait thirty minutes before removing the material. This provides sufficient time for the biocide to disinfect the material and reduces the dust generated because the material is wetted.
- This should be done before AND after removing contaminated materials

## #7: Removal and Discarding of Contaminated Materials

- Remove infected drywall, insulation and building material least twelve inches past any visual mold.
- All debris should be double bagged in 3 mil contractor bags twisted, goose necked and sealed with duct tape.
- The sealed bags are to be wiped clean with the appropriate disinfectant in the containment before transport to the disposal area.



There are no special requirements for the disposal of moldy material. Moldy materials that are bagged can be disposed of with other general waste.

- All contaminated materials should be wrapped in plastic and sealed with tape before being taken out of the containment area through the unaffected areas for disposal.
- Sometimes building material, furniture, flooring, etc can not be evaluated until it has been jarred from its location. For cases like this, the mold remediation company hired should be trusted to give an honest evaluation.

#### #8: Restoring a Damaged Item

- If an item such as kitchen cabinets, clothing, furniture, etc were damaged you should have a yes/no answer to whether or not your item can be restored
- How this needs to be done is dependent upon the item in question. Wood may require sanding, clothes a simple rinse in the wash, etc.
- Some items like cabinets may appear to be salvaged, but after they are removed the damage is worse than our inspector anticipated. Trust the mold professional you hire for advice on whether or not something can be restored.

#### #9: Final Cleaning

- After the contaminated material has been removed, the contained area is to be HEPA vacuumed again.
- If any visual mold is seen on studs HEPA sand affected area.
- In the event that an item cannot be restored it must be replaced, even if it is building material.
- The contained area is to be wiped down with a biocide and/or detergent solution.
- The contained area is to be HEPA vacuumed again.

#### #10: Air Scrubber(s)

- Multiple air scrubbers should be used for properties with a widespread problem and no containment area. How many should be a decision trusted in the hands of the mold remediation company hired.
- An Air Scrubber should be placed in each containment area for 48-72 hours.

#### #11 Air Duct Cleaning

- Every mold remediation should be completed with a thorough cleaning of the HVAC system and air ducts.
- Sanitize/Disinfect air handler coils.
- Sanitize/Disinfect all duct work

#### #12: Final Inspections

- Prior to containment removal and re-occupancy of the space a certified mold inspector should do a visual inspection and air sampling. Air sample should be taken both within the containment and in an adjacent area to insure spores have not spread to other areas.
- After passing post remediation testing you may choose to apply a sealant around studs.
- Containment removal and re-occupancy shall occur when space passes appropriate verification testing.

#### #13: Containment Used During Reconstruction

- After the work area has passed clearance testing, the enclosure can be used to contain the dusts generated by sheetrock sanding and taping activities. This is done to reduce the clean up when reconstruction is complete.





Mold Inspection & Testing | MI&T
Nationwide Unbiased Mold Testing
Website: http://mitmold.com
855-600-6653 | Office@mitmold.com

Attached are the lab results from independent AIHA accredited microbiology laboratory. If you have any questions about this report, the lab results, or anything else, please feel free to give us a call at the number listed below.

Detroit - Martin Jankowski
MI&T-Mold Inspection & Testing
www.MitMold.com
855-600-6653





**U.S. DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT**
**Office of Fair Housing and Equal Opportunity**
Midwest Regional Office, Region V
Ralph H. Metcalfe Federal Building
77 West Jackson Boulevard – Room 2101
Chicago, Illinois 60604-3507

Coleen Connors                                    JUN 0 6 2018
829 Campbell St.
Flint, MI 48507

Dear Complainant:

Subject:     Housing Discrimination Complaint
             Inquiry Number: 552319
             Connors, Coleen, v. Parc Lafayette Association

        The U.S. Department of Housing and Urban Development (HUD) administratively
enforces the Fair Housing Act of 1968 (the Act) as amended [42 U.S.C. §3601 et seq.]. The Act
prohibits discrimination in the sale, rental, occupancy, advertising, financing, appraising or
insuring of residential dwellings based on race, color, religion, sex, disability, familial status or
national origin.

        Before commencing an investigation under the Act, HUD must verify its authority
(jurisdiction) to investigate the complainant's allegations. Jurisdiction consists of the following
required elements: (1) the complainant is a person who has been, or is about to be, injured by a
discriminatory housing practice (standing); (2) the respondent is a person who is liable (covered)
under the Act; (3) the Act applies to (covers) the dwelling and/or housing-related transaction
described in the complaint; (4) the alleged discriminatory practice or conduct is prohibited under
sections 804, 805, 806, or 818 of the Act (subject matter); and (5) the complaint was filed with
HUD in a timely manner (statute of limitations). If one or more of these elements is absent,
HUD lacks authority to investigate the complaint under the Act.

        **Lack of jurisdiction.** After reviewing the allegations and supporting information, HUD
has concluded that the above-referenced complaint does not meet the jurisdictional requirements
of the Act. Accordingly, HUD has administratively closed the complaint. This administrative
closure is appropriate for the following reason: You state that you believe Respondent was
sexually harassing you. You indicated that he would come into your home to check for "leaks"
right before you were to take a shower and you believe he saw your breasts. You stated that he
probably knew you were going to take a shower because you could hear the water running from
outside the hallway. You also stated that you believe you were discriminated due to your race,
white, and religion, Jewish. You stated that Respondents is German. You stated that the staff was
100% black. When asked if they ever made any racial or religious comments, you said "no, not
directly". You stated that Respondent made a comment on an email that his sister married a
black man and he did not care about your race. You indicated that Respondent discriminated
against you due to your disability. You state that you told Respondent you had an over-active

Telephone: (312) 353-7776   Fax: (312) 886-2837                *NI - 10d*
Hot Line 1-800-765-9372     TDD 1-800-927-9275

bladder and sleep apnea with teeth grinding that affect your ability to work. You indicated that you were subjected to smoke from the bar-b-que grills. In addition, you state that you were sexually harassed because you believe Respondent has demonstrated "subtle flirtatious overtures".

The Office of Fair Housing and Equal Opportunity is without the authority to investigate your claim because the issues in your complaint do not rise to the level of discrimination based on sexual harassment, race, disability or religion. In addition, The Office of Fair Housing does not have jurisdiction to file a complaint against Respondent because the Respondent is not a "person who is liable (covered) under the Act.

You may wish to contact the following agency for assistance:

Legal Services of Eastern Michigan
436 S. Saginaw Street
Flint, Michigan 48502
Phone: (810) 234-2621
Toll Free: (800) 322-4512
Fax: (810) 234-9039
(888) 873-6532

**Right to file a civil lawsuit.**  Notwithstanding HUD's administrative closure of this complaint, under Section 813(a) of the Act, the complainant may file a civil lawsuit in an appropriate federal district court or state court within two (2) years of the date on which the alleged discriminatory housing practice occurred or ended.  The computation of this two-year period does not include the time during which this administrative proceeding was pending with HUD.  If, upon the application of either party, the court determines that the party is financially unable to bear the costs of the civil lawsuit, the court may appoint an attorney, or may authorize the commencement of or continuation of the civil lawsuit without the payment of fees, costs, or security.

Please be advised that this office will administratively close the subject-referenced claim and no further action will be taken.

Enclosed for your review is a fair housing fact sheet summarizing the key provisions of the Act.  If you have any additional questions, please contact Courtney Kyles, Intake Branch Chief at (312) 913-8449 or toll-free: (800) 765-9372.

Sincerely,

Maurice J. McGough, Director
Fair Housing and Equal Opportunity
Region V

Enclosures

MAIL CODE: _SReuPz_

U.S. Department of Housing and Urban Development
CHICAGO REGIONAL OFFICE
77 West Jackson Blvd.
Chicago, Illinois  60604-3507

FOR OFFICIAL USE ONLY
PENALTY FOR PRIVATE USE $300.00

48E07-242429

EQUAL HOUSING
OPPORTUNITY

 Gmail

Colleen Connors <cmcolleen4@gmail.com>

## New information RE: Jones, Melvin v. MDCR - DATE: 6/9/18 Ms. Kyles, Cordell seeing Colleen Connors's breasts was made a condition of me living at Parc Lafayette

**Colleen Connors** <cmcolleen4@gmail.com>                           Sat, Jun 9, 2018 at 5:49 PM
To: CainM1@michigan.gov
Cc: "Trujillo, Rebecca N" <rebecca.n.trujillo@hud.gov>, Mel jones jr <meljonesjr@gmail.com>, Colleen
Connors <CMColleen4@gmail.com>

DATE: 6/9/18

Ms. Cain

Cordell seeing Colleen Connors's breasts was made a condition of me living at Parc Lafayette, and I do not
think that Cordell seeing my damn titties should have been a condition of my living at Parc Lafayette
Condominium complex (not to mention that this violates my religious beliefs as a Jewish woman)! Please
consider the information in the attached letter as new information regarding Jones, Melvin v. MDCR. If you
have any questions, please email them to me. Also, I have asthma, which was omitted from the attached
letter (in relation to the grills/smokers, and for which I requested a reasonable accommodation). Please put
this matter up for investigation (as to HUD inquiry number 551102).

Thank You,

Colleen Connors

**2 attachments**

📄 **6th of June HUD Fair Housing Letter to Colleen Connors.pdf**
1485K

📄 **Doctor's Note.pdf**
507K

NI - 10e

DEA# FS2668196
NPI# 1285880517

LIC.# 4301091552

**MARIA E. SMITH**
ADULT WELLNESS AND INTERNAL MEDICINE
5185 W. BRISTOL RD.
FLINT, MI 48507-2921

TEL: (810) 733-0822                    FAX: (810) 733-5567

Name  _Colleen Connors_  Age ____

Address _____

SECURITY FEATURES ON BACK        Date _03/22/18_

℞

This is to certify that Ms.
Connors uses the restroom
frequently, as well as the
need that she has to avoid
smoke due to medical
reasons

☐ Label

Refill _____ times  PRN  NR

To ensure brand name dispensing prescriber must write "Dispense as Written" on prescription.

NI - 10f

 Gmail                                        Colleen Connors <cmcolleen4@gmail.com>

---

## HUD Inquiry # 552319 note: both Melvin Jones Jr. and Colleen Connors and aggrieved

---

**Colleen Connors** <cmcolleen4@gmail.com>                        Wed, May 9, 2018 at 8:56 AM
To: "Trujillo, Rebecca N" <rebecca.n.trujillo@hud.gov>
Cc: Colleen Connors <CMColleen4@gmail.com>, Mel jones jr <meljonesjr@gmail.com>

May 9th, 2018

To: Ms. Trujillo

From: Colleen Connors (HUD Inquiry #552319)

**_RE: ADDITIONAL EVIDENCE OF RELIGIOUS DISCRIMINATION (e.g. against me Colleen because I am Jewish):_**

Please note the attached email from me to HUD dated March 16th, 2017.   Please allow this email to clarify my HUD online fair housing complaint (e.g. further context as to the harassment/ retaliation put against Melvin and I due to us assisting one another in obtaining our Fair Housing Rights).   Please ADD Melvin Jones Jr., as an aggrieved-party to the instant HUD inquiry as to Connors, Colleen v. Parc Lafayette Association.

I, Colleen Connors, had mentioned to you during our conversation as to the 10-day letter that I believed that the Association's lien was retaliatory.  **_What I meant to say is that said lien is based upon (e.g. included in the lien is a window treatment-fine).   I believe such fine was based upon race AND religious discrimination.   Which is to say, as both Mel and I recall.... a menorah was placed near the window immediately by my desk.... which I believe was visible from the outside of the unit because PRIOR to the window treatment fine there were NO window treatment on the windows in the unit_** (e.g. the unit --- #1927 Orleans St. Detroit, Michigan) were both Melvin Jones Jr. and I lived.

Also, I believe that said window-treatment was wrongly assessed against the unit which Melvin Jones Jr., previously owned as a means of the Association getting revenge against us for the HUD accepted complaint against John Calvin and the Association having been issued wherein Melvin is the complainant/ aggrieved-party.

Sincerely,

Colleen Connors

---

📄 **Retaliatory Window Treatment fine against us --- Religious Discrmination against BOTH Mel and Colleen.pdf**
257K

NI - 11

 Gmail

Colleen Connors <cmcolleen4@gmail.com>

---

## Colleen Connors' fear of sexual assault/rape

---

**Colleen Connors** <cmcolleen4@gmail.com>                                      Sun, Jun 3, 2018 at 5:30 PM
To: "Trujillo, Rebecca N" <rebecca.n.trujillo@hud.gov>
Cc: Courtney.N.Kyles@hud.gov, Mel jones jr <meljonesjr@gmail.com>, Colleen Connors
<CMColleen4@gmail.com>

DATE: June 3, 2018

TO: Ms. Rebecca Trujillo

FROM: Colleen Connors

RE: Colleen Connors' fear of sexual assault/rape

To put the following into context, I am not the type of person who throws money down the drain, particularly to the tune of approximately $40,000... In other words, I would not have liquidated my 401K -- that I worked for over eleven years in retail to earn – to pay off the condominium (i.e. 1927 Orleans Street in Detroit) and then leave said condominium (with all my belongings in it), and then both max out my credit cards to spend thousands of dollars on hotels (not to mention car rentals) and spend my savings to purchase a mouse/rat-infested home with a crumbling foundation that has poisoned water running through its pipes *had I not needed to escape the sexual harassment that I suffered while living at 1927 Orleans Street.*

### JUNE 2017

On or around June 7, 2018, i.e. the second week of June, Association employee Cordell made a comment to me as I passed him on the condominium grounds. He said that he could see what Mel saw in my body, and that one day he (Cordell) was "gonna get up on it" himself. I never mentioned this before because I felt that I wouldn't be believed based on Association Attorney John Calvin's emails (to me) that called me ignorant and told me to get my facts straight, and which were carbon copied to the investigator at MDCR, with whom John Calvin, based on his own emails, seemed to have an "in"; Therefore, I felt that MDCR wasn't going to help me at all. Also, *at the time*, I passed Cordell's comment off as unwelcome flirtation.

### JUNE 28, 2017

Association employee Cordell committed a direct act of intimidation towards me. When the process server stood at the door of unit #1927 Orleans Street and served me with the lie document, Cordell stood just a few feet behind her at the top of the stairwell with his arms on the railing. The look on Cordell's face was one that I had NEVER seen on his face before then. Prior to that, I had observed Cordell's manner as being jovial and affable. On June 28, 2017, however, the look on Cordell's face was so menacing that it looked sinister. Cordell's look was meant to intimidate me to keep me from speaking out in that moment against him - and it worked. His look, coupled with what I then read in the lie document, made me realize that the comment that Cordell had made to me a few weeks earlier (coupled with how he had seen my

NI - 11 b

breast) was something he intended to carry out without my permission. At this point, the look on Cordell's face indicated to me – without a doubt in my mind – that Cordell would soon put his words into action. This was the first time that I felt in danger of being sexually assaulted/raped by Cordell. It was also at this point that I knew I would soon have to leave 1927 Orleans Street. The look on Cordell's face was so disturbing and creepy that, to this day, when I think back on it, it makes my skin crawl.

### JULY 2017 (early in the month of)

On July 7, 2017, Mel handed Cordell a copy of the keys to unit #1927 Street (which Cordell had allegedly lost) from the passenger side of a rental car in which I was the driver, and which was parked in front of 1941 Orleans Street. I paid to have the keys made (see attachment) because John Calvin requested so via email. It should also be noted that I sent Association Attorney John Calvin stating that Cordell had been given new keys, which Association Attorney John Calvin acknowledged via email. Mel and I provided copies of the keys to unit #1927 so that Parc Lafayette maintenance could enter said unit *when we (Mel and I)* were not at home. During the month of July, Mel and I repeatedly went to stay at hotels when we were told that maintenance had to enter to check for bathroom leaks. However, while we were gone, maintenance did not enter, and if they did, they refused to tell us what they had done. Then, when Mel and I would return from staying at a hotel (to shower where we would not be seen naked), maintenance would say that they needed to enter again, which shows that Cordell/The Association only wanted to enter when we were at home.

### JULY 27, 2017

I was notified by Association Atorney John Calvin via email that maintenance had to enter again the following day (July 28, 2018) to conduct yet another bathroom inspection to check for leaks. It was at this point that it became  apparent that the Association's employee Cordell was not going to stop his harassment of me until he not only saw me fully nude, but until he violated my body via sexual assault/rape.

### JULY 28, 2017 (and thereafter)

To avoid Cordell's/the Association's unwelcome sexual harassment, I left my home and never returned.

I came to realize that Cordell/the Association was fixated on only coming in to the unit to perform abrupt bathroom inspections when I was at home to see my other titty, pussy, and ass as well.

Based on my fear and belief that Cordell's/the Association's unwelcome sexually-driven harassment of me would escalate, I felt that I had to leave my home for good so (Mel and) I left the condominium and never returned (see attachments of hotel receipts, primarily the one with a circled star notation, which evidences that we [Mel and I] left the condo on the morning of July 28, 2017 and checked into a hotel and never returned to Mel's previous condo at Parc Lafayette Condominium Association).

I did not speak up because I was afraid that Association Attorney John Calvin would further beat me down verbally/marginalize me by calling me a stupid White Jew woman who obviously wanted Cordell's black dick, otherwise why would I move into a primarily Black complex.

Please excuse any typos, and if you have any questions, then please email me.


Thank You,

Colleen Connors

---

**2 attachments**

**HOTELS Receipts for Colleen Connors.pdf**
1719K

**Keys Receitp to Cordell in early July 2017.pdf**
391K

 Gmail

Mel jones jr <meljonesjr@gmail.com>

---

## HUD Fair Housing Complaint - Melvin Jones Jr

---

**donotreply@hud.gov** <donotreply@hud.gov>
To: meljonesjr@gmail.com

Mon, Apr 2, 2018 at 7:35 AM

Dear Melvin,

The U.S. Department of Housing and Urban Development (HUD), Office of Fair Housing and Equal Opportunity (FHEO) has received your HUD 903 online housing discrimination complaint form. The information listed at the end of this email is the data you submitted. Your complaint of housing discrimination will be routed to the appropriate regional office for processing. Your complaint will be reviewed by a fair housing specialist to determine if it alleges acts that might violate the Fair Housing Act. The specialist will contact you for any additional information needed to complete this review. If your complaint involves a possible violation of the Fair Housing Act, the specialist will assist you in filing an official housing discrimination complaint. Please feel free to contact FHEO at the main discrimination hotline number 800-669-9777 (800-927-9275 for the hearing-impaired) or refer to the state toll-free number breakout listed below.

Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont (800-827-5005)

New Jersey, New York, Puerto Rico, Virgin Islands (800-496-4294)

Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia (888-799-2085)

Alabama, Florida, Georgia, Kentucky, Mississippi , North Carolina, South Carolina, Tennessee (800-440-8091)

Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin (800-765-9372)

Arkansas, Louisiana, New Mexico, Oklahoma, Texas (888-560-8913)

Iowa, Kansas, Missouri, Nebraska (800-743-5323)

Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming (800-877-7353)

American Samoa, Arizona, California, Guam, Hawaii, Marshall Islands, Micronesia, N. Mariana Islands, Nevada, Palau (800-347-3739)

Alaska, Idaho, Oregon, Washington (800-877-0246)

Thank you for your submission. Below is the data you have submitted.

Your Personal Information:
First Name: Melvin
Last Name: Jones Jr
E-Mail: meljonesjr@gmail.com
Address: 829 Campbell Street
City: Flint
State: MI
Zip: 48507
Day Time Phone: 8109626225
Evening Phone:
Best Time To Call: Day

NI - 12

Your First Contact Information:

First Name: Colleen
Last Name: Connors
Organization:
Day Time Phone: 313-452-0638
Evening Phone:
Best Time To Call: Day

Your Second Contact Information:
2. First Name:
Last Name:
Organization:
Day Time Phone:
Evening Phone:
Best Time To Call: Day

What happened?:
WRONGFUL DENIAL OF MY WRITTEN REASONABLE ACCOMMODATION REQUEST sent to Association
Management and the Association [to JOHN CALVIN] via email (by Colleen Connors on my behalf on JULY 8th, 2017 @
2:52 PM). As of July 28th, 2017, I no longer live a Parc Lafayette Association Condominiums (e.g. unit # 1927 Orleans
St - Detroit, Michigan) due in part to my reasonable accommodation requests for a key to the only building which has an
elevator [e.g. the main entrance @ the complex - bldg #6] so as to ease the burden upon my handicap (as defined by the
Fair Housing Act... mobility impairment which causes me to use a prescribed walker and mobility scooter [due to knee
pain) and Association Management, The Association (through John Calvin) were well aware of my handicap... and by
failure to respond/ denial by delay my fore mentioned reasonable accommodation request was wrongly denied by the
Association. It should be noted that there is ALREADY a HUD Issued Complaint (on 11/ 29/ 2016) against the
Association and John Calvin.

Additionally, on February 13, 2017 Association Management issued a MEMO to ALL co-owners and tenants regarding
the elevator in bldg #6 which confirms that ALL residents and tenants have a key/ access to the elevator (except me).
More to the point, I had discussed with the previous Association Manager Aynna Rhodes that ALL residents (e.g. either
co-owners or tenants are to have access to the elevator).

On July 28th, 2017 the Association and John Calvin's disability discrimination against me significantly interfered with my
ability to secure and maintain equal access to housing which I believe violates the Fair Housing Act.

Why do you believe you are being discriminated against?:
Disability Discrimination.

Who do you believe discriminated against you?:
First Name: JOHN CALVIN
Last Name: Association Management + MGK Realty + HOA Board
Organization: Parc Lafayette Association
Address: 30140 Orchard Lake Rd

Where did the alleged act of discrimination occur?:
Address: 30140 Orchard Lake Rd
City: Farmington Hills MI
State: MI
Zip: 48226

When did the last act of discrimination occur?: 07/08/2017

Is the alleged discrimination continuous or on going?: Yes

 Gmail

**Mel jones jr <meljonesjr@gmail.com>**

## HUD Fair Housing Complaint - Melvin Jones jr.
1 message

**donotreply@hud.gov** <donotreply@hud.gov>                    Mon, Apr 16, 2018 at 5:58 AM
To: meljonesjr@gmail.com

Dear Melvin,

The U.S. Department of Housing and Urban Development (HUD), Office of Fair Housing and Equal
Opportunity (FHEO) has received your HUD 903 online housing discrimination complaint form.  The
information listed at the end of this email is the data you submitted.  Your complaint of housing
discrimination will be routed to the appropriate regional office for processing. Your complaint will be
reviewed by a fair housing specialist to determine if it alleges acts that might violate the Fair Housing Act.
The specialist will contact you for any additional information needed to complete this review. If your
complaint involves a possible violation of the Fair Housing Act, the specialist will assist you in filing an
official housing discrimination complaint.  Please feel free to contact FHEO at the main discrimination
hotline number 800-669-9777 (800-927-9275 for the hearing-impaired) or refer to the state toll-free number
breakout listed below.

Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont (800-827-5005)

New Jersey, New York, Puerto Rico, Virgin Islands (800-496-4294)

Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia (888-799-2085)

Alabama, Florida, Georgia, Kentucky, Mississippi , North Carolina, South Carolina, Tennessee (800-440-
8091)

Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin (800-765-9372)

Arkansas, Louisiana, New Mexico, Oklahoma, Texas (888-560-8913)

Iowa, Kansas, Missouri, Nebraska (800-743-5323)

Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming (800-877-7353)

American Samoa, Arizona, California, Guam, Hawaii, Marshall Islands, Micronesia, N. Mariana Islands,
Nevada, Palau (800-347-3739)

Alaska, Idaho, Oregon, Washington (800-877-0246)

Thank you for your submission. Below is the data you have submitted.

Your Personal Information:
First Name: Melvin
Last Name: Jones jr.
E-Mail: meljonesjr@gmail.com
Address: 829 Campbell St
City: Flint
State: MI
Zip: 48507
Day Time Phone: 810-962-6225

NI - 13

Evening Phone:
Best Time To Call: Day


Your First Contact Information:
1. First Name: Colleen Mary
Last Name: Connors
Organization:
Day Time Phone: 313-452-0638
Evening Phone:
Best Time To Call: Day

Your Second Contact Information:
2. First Name:
Last Name:
Organization:
Day Time Phone:
Evening Phone:
Best Time To Call: Day


What happened?:
By email on March 1st, 2018 (which was carbon copied to Association Management, Steve Guerra (whom is John Calvin's manager), and John Calvin [respondent in the HUD accepted complaint issued on 11/ 29/ 2016]...the Association's agent John Finkelmann (Steve Guerra's and John Calvin's co-worker) UNLAWFULLY EVICTED both Colleen and I from the unit @ Parc Lafayette Condominiums [e.g. unit 1927 Orleans St - Detroit, Michigan]. On previous occasion via email I was told that Steve Guerra and John Finklemann had taken over as the Association's agents.  Additionally, PRIOR to [or on-or-about] 3/ 1/ 2018 via email FINKELMANN stated that I (Melvin Jones Jr.) was currently the owner of the unit, and that he was aware that BOTH Coleen and I were IN POSSESSION of the unit (i.e. our personal belongings were left in the unit with the permission of John Calvin.... for example, our clothing, expensive beds, washing machine/ dryer, refrigerators/ freezers, music C/D's, stereo albums and stereo equipment, furniture, flat-screen T.V., shoes and boots (to include three pair of very expensive snow boots, handicap mobility devices for me - for example); And on/ about February 14th, 2018 the locks for the unit were changed by the Association (.e.g. FINKELMANN states via email that the Association obtained entry to the unit on their own.... after asserting that the Association never had access to the unit... which I believe is a pretext for the Association and Finkelmann's unlawful conduct).

Additionally, via email on March 1st, 2018 FINKELMANN conditioned my (as well as Colleen's) access to a unit which AT THE TIME I still owned and both Colleen and I were in possession of (e.g. previous to March 1st, 2018) to that of having to make an appointment.... which I believe further unlawfully obstructed my access to the unit in [further] violation of the Fair Housing Act/ violation of my [and Colleen's] Fair Housing Rights.


Why do you believe you are being discriminated against?:
On or about 3 - 1 - 2018 as a means of harassment -- I, Melvin Jones Jr.; [and Colleen Connors] were unlawfully evicted from the unit because I had assisted Colleen Connors [and myself] in obtaining her Fair Housing Rights (for example, by complaining to HUD Regional Office Chicago [and Michigan Department of Civil Rights] about Toxic Mold being in the unit).


Who do you believe discriminated against you?:
First Name: John Finkelmann
Last Name: Steve Guerra
Organization: Parc Lafayette Association
Address: 1941 Orleans St - Detroit Michigan 48207

Where did the alleged act of discrimination occur?:
Address: 1941 Orleans St
City: Detroit
State: MI
Zip: 48207


When did the last act of discrimination occur?: 03/01/2018

Is the alleged discrimination continuous or on going?: Yes

 Gmail

Mel jones jr <meljonesjr@gmail.com>

## HUD Fair Housing Complaint - Melvin Jones Jr,.
1 message

**donotreply@hud.gov** <donotreply@hud.gov>                    Fri, Apr 20, 2018 at 9:34 AM
To: meljonesjr@gmail.com

Dear Melvin,

The U.S. Department of Housing and Urban Development (HUD), Office of Fair Housing and Equal Opportunity (FHEO) has received your HUD 903 online housing discrimination complaint form.  The information listed at the end of this email is the data you submitted.  Your complaint of housing discrimination will be routed to the appropriate regional office for processing. Your complaint will be reviewed by a fair housing specialist to determine if it alleges acts that might violate the Fair Housing Act. The specialist will contact you for any additional information needed to complete this review. If your complaint involves a possible violation of the Fair Housing Act, the specialist will assist you in filing an official housing discrimination complaint.  Please feel free to contact FHEO at the main discrimination hotline number 800-669-9777 (800-927-9275 for the hearing-impaired) or refer to the state toll-free number breakout listed below.

Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont (800-827-5005)

New Jersey, New York, Puerto Rico, Virgin Islands (800-496-4294)

Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia (888-799-2085)

Alabama, Florida, Georgia, Kentucky, Mississippi , North Carolina, South Carolina, Tennessee (800-440-8091)

Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin (800-765-9372)

Arkansas, Louisiana, New Mexico, Oklahoma, Texas (888-560-8913)

Iowa, Kansas, Missouri, Nebraska (800-743-5323)

Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming (800-877-7353)

American Samoa, Arizona, California, Guam, Hawaii, Marshall Islands, Micronesia, N. Mariana Islands, Nevada, Palau (800-347-3739)

Alaska, Idaho, Oregon, Washington (800-877-0246)

Thank you for your submission. Below is the data you have submitted.

Your Personal Information:
First Name: Melvin
Last Name: Jones Jr,
E-Mail: meljonesjr@gmail.com
Address: 829 Campbell St
City: Flint
State: MI
Zip: 48507
Day Time Phone: 810-962-6225

NI - 14

Address: 1941 Orleans St - Detroit Michigan 48207


Where did the alleged act of discrimination occur?:
Address: 1941 Orleans St
City: Detroit
State: MI
Zip: 48207


When did the last act of discrimination occur?: 02/07/2018

Is the alleged discrimination continuous or on going?: Yes

 Gmail

**Mel jones jr <meljonesjr@gmail.com>**

## HUD Fair Housing Complaint - Melvin Jones Jr..
1 message

**donotreply@hud.gov** <donotreply@hud.gov>                                    Fri, Apr 20, 2018 at 7:52 AM
To: meljonesjr@gmail.com

Dear Melvin,

The U.S. Department of Housing and Urban Development (HUD), Office of Fair Housing and Equal
Opportunity (FHEO) has received your HUD 903 online housing discrimination complaint form.  The
information listed at the end of this email is the data you submitted.  Your complaint of housing
discrimination will be routed to the appropriate regional office for processing. Your complaint will be
reviewed by a fair housing specialist to determine if it alleges acts that might violate the Fair Housing Act.
The specialist will contact you for any additional information needed to complete this review. If your
complaint involves a possible violation of the Fair Housing Act, the specialist will assist you in filing an
official housing discrimination complaint.  Please feel free to contact FHEO at the main discrimination
hotline number 800-669-9777 (800-927-9275 for the hearing-impaired) or refer to the state toll-free number
breakout listed below.

Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont (800-827-5005)

New Jersey, New York, Puerto Rico, Virgin Islands (800-496-4294)

Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia (888-799-2085)

Alabama, Florida, Georgia, Kentucky, Mississippi , North Carolina, South Carolina, Tennessee (800-440-
8091)

Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin (800-765-9372)

Arkansas, Louisiana, New Mexico, Oklahoma, Texas (888-560-8913)

Iowa, Kansas, Missouri, Nebraska (800-743-5323)

Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming (800-877-7353)

American Samoa, Arizona, California, Guam, Hawaii, Marshall Islands, Micronesia, N. Mariana Islands,
Nevada, Palau (800-347-3739)

Alaska, Idaho, Oregon, Washington (800-877-0246)

Thank you for your submission. Below is the data you have submitted.

Your Personal Information:
First Name: Melvin
Last Name: Jones Jr..
E-Mail: meljonesjr@gmail.com
Address: 829 Campbell St
City: Flint
State: MI
Zip: 48507
Day Time Phone: 810-962-6225

NI - 15

Evening Phone:
Best Time To Call: Day


Your First Contact Information:
1. First Name: Colleen
Last Name: Connors
Organization:
Day Time Phone: 313-452-0638
Evening Phone:
Best Time To Call: Day

Your Second Contact Information:
2. First Name:
Last Name:
Organization:
Day Time Phone:
Evening Phone:
Best Time To Call: Day


What happened?:
On March 10th, 2018 (and dates prior to said date) I complained to the Association [via their agents John Calvin, Steve Guerra and Dawn Knox] of my concerns of having been subjected to unwelcome sexual harassment from the Association's Management/ and Maintenance.  Specifically, unwelcome [intrusive] sexual harassment by way of abrupt [pretext reasons] for entry into the bathroom of the unit while I was using the toilet for example.  Which is to say.... they had knowledge of my CHF (congestive-heart failure) medical condition [e.g. a handicap per the Fair Housing Act]... and that my hypertensive/ cardiac medications cause me to  have overactive-bladder (e.g. urinate very frequently).  My report[s] of unwelcome sexual harassment were ignored, minimized and met with open-hostility by the association's agent John Finkelmann for example; AND as a result I suffer emotional distress and loss of my personal-property.... and thereby I believe that my Fair Housing Rights have been violated.


Why do you believe you are being discriminated against?:
I was harassed because I had assisted myself and Colleen Connors in obtaining her Fair Housing Rights.... whereby the Association, Management, the Association's agents; Steven Guerra, John Finkelmann, and John Calvin FAILED/ REFUSED to investigate my complaint about unwelcome sexual harassment made by me to them via email.


Who do you believe discriminated against you?:
First Name: Dawn Knox John Finkelmann
Last Name: Steve Guerra
Organization: Parc Lafayette Association
Address: 1941 Orleans St - Detroit Michigan 48207


Where did the alleged act of discrimination occur?:
Address: 1941 Orleans St
City: Detroit
State: MI
Zip: 48207


When did the last act of discrimination occur?: 02/10/2018

Is the alleged discrimination continuous or on going?: Yes

 Gmail

Mel jones jr <meljonesjr@gmail.com>

---

## HUD Fair Housing Complaint - Melvin Jones Jr.,
1 message

---

**donotreply@hud.gov** <donotreply@hud.gov>                    Sat, Apr 21, 2018 at 6:52 AM
To: meljonesjr@gmail.com

Dear Melvin,

The U.S. Department of Housing and Urban Development (HUD), Office of Fair Housing and Equal
Opportunity (FHEO) has received your HUD 903 online housing discrimination complaint form.  The
information listed at the end of this email is the data you submitted.  Your complaint of housing
discrimination will be routed to the appropriate regional office for processing. Your complaint will be
reviewed by a fair housing specialist to determine if it alleges acts that might violate the Fair Housing Act.
The specialist will contact you for any additional information needed to complete this review. If your
complaint involves a possible violation of the Fair Housing Act, the specialist will assist you in filing an
official housing discrimination complaint.  Please feel free to contact FHEO at the main discrimination
hotline number 800-669-9777 (800-927-9275 for the hearing-impaired) or refer to the state toll-free number
breakout listed below.

Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont (800-827-5005)

New Jersey, New York, Puerto Rico, Virgin Islands (800-496-4294)

Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia (888-799-2085)

Alabama, Florida, Georgia, Kentucky, Mississippi , North Carolina, South Carolina, Tennessee (800-440-
8091)

Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin (800-765-9372)

Arkansas, Louisiana, New Mexico, Oklahoma, Texas (888-560-8913)

Iowa, Kansas, Missouri, Nebraska (800-743-5323)

Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming (800-877-7353)

American Samoa, Arizona, California, Guam, Hawaii, Marshall Islands, Micronesia, N. Mariana Islands,
Nevada, Palau (800-347-3739)

Alaska, Idaho, Oregon, Washington (800-877-0246)

Thank you for your submission. Below is the data you have submitted.

Your Personal Information:
First Name: Melvin
Last Name: Jones Jr.,
E-Mail: meljonesjr@gmail.com
Address: 829 Campbell St
City: Flint
State: MI
Zip: 48507
Day Time Phone: 810-962-6225

NI-16

Evening Phone:
Best Time To Call: Day


Your First Contact Information:
1. First Name: Colleen M.,
Last Name: Connors
Organization:
Day Time Phone: 313-452-0638
Evening Phone:
Best Time To Call: Day

Your Second Contact Information:
2. First Name:
Last Name:
Organization:
Day Time Phone:
Evening Phone:
Best Time To Call: Day


What happened?:
On or about March 5th, 2018 (e.g. from approx. April 2015 to March 2018) my Fair Housing Rights were violated in that I was provided different housing services and facilities than non-handicapped persons at the condominium complex. I am mobility impaired/ handicapped [per the Fair Housing Act] and I use a prescribed walker due to my CHF medical condition. Specifically, due to such on 11/ 29/ 2016 HUD Regional Chicago Office issued an accepted complaint against the Association and John Calvin [inquiry # 512220, Case #05-17-6278-8]; and HUD was justified in doing so because, the ramp which I was forced to use as my ONLY accessible entrance is actually used as a loading dock and used primarily as a service entrance - for example the gardeners and service persons use the ramp to get their equipment from the street-level to the plaza-level of the complex, and the ramp is a secondary ("back-door") entrance - as opposed to my being allowed to have access to the MAIN BUILDING ENTRANCE (e.g. bldg. #6 - 1941 Orleans... where the elevator is located.... and the other residents are given access/ a key to at no charge), my having to use the "back-door"/ side ramp as my only accessible entrance is discriminatory because it is like using back door as the only accessible entrance establishes different terms and conditions for people with disabilities. This practice may also require a person with disabilities to use long or circuitous routes, which violates the Fair Housing Act. Additionally, my using the ramp entails a LONG AND CIRCUITOUS ROUTE (for example, the ramp is approx. 900 feet away from the public side walk at the front of the main building.... which is very excessively long for me to walk with my walker due to my CHF [congestive heart failure medical condition]... not with standing the approx. 120 feet of the actual [service] ramp, which is TOO STEEP for me to navigate with my walker. Which is to say (I believe) that HUD requires that an accessible route not be hidden, remote, circuitous or require people with disabilities to travel long distances; also HUD requires that use of an accessible route not place requirements, like additional waiting periods, on people with disabilities (e.g. I would have to REST for additional time periods to get to the ramp and up the ramp when using my walker)  I was unlawfully provided an accessible route that has different and less favorable conditions for people with disabilities than for people without disabilities which violates the Fair Housing Act because it amounts to a difference in terms and conditions of housing based my handicap/ disability (as defined by the fair housing act).


Why do you believe you are being discriminated against?:
On or about March 5th, 2018 [e.g. from approx. April 7th, 2015 to March 5th, 2018] as a mobility handicapped person (as defined by the Fair Housing Act) I subjected to a pattern of harassment and provided DIFFERENT HOUSING SERVICES and FACILITIES (as opposed to non-disabled at the condominium complex)because I assisted myself (and Colleen Connors, whom I believe has a handicap as defined by the Fair Housing Act) in obtaining my and her Fair Housing Rights.

Who do you believe discriminated against you?:
First Name: Dawn Knox John Finkelmann
Last Name: Steve Guerra - John Calvin
Organization: Parc Lafayette Association
Address: 1941 Orleans St - Detroit Michigan 48207


Where did the alleged act of discrimination occur?:
Address: 1941 Orleans St
City: Detroit
State: MI
Zip: 48207


When did the last act of discrimination occur?: 03/05/2018

Is the alleged discrimination continuous or on going?: Yes

 Gmail

Mel jones jr <meljonesjr@gmail.com>

## HUD Fair Housing Complaint - Mr. Melvin Jones Jr
1 message

**donotreply@hud.gov** <donotreply@hud.gov>
To: meljonesjr@gmail.com

Sat, Apr 21, 2018 at 9:39 AM

Dear Mr. Melvin,

The U.S. Department of Housing and Urban Development (HUD), Office of Fair Housing and Equal Opportunity (FHEO) has received your HUD 903 online housing discrimination complaint form. The information listed at the end of this email is the data you submitted. Your complaint of housing discrimination will be routed to the appropriate regional office for processing. Your complaint will be reviewed by a fair housing specialist to determine if it alleges acts that might violate the Fair Housing Act. The specialist will contact you for any additional information needed to complete this review. If your complaint involves a possible violation of the Fair Housing Act, the specialist will assist you in filing an official housing discrimination complaint. Please feel free to contact FHEO at the main discrimination hotline number 800-669-9777 (800-927-9275 for the hearing-impaired) or refer to the state toll-free number breakout listed below.

Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont (800-827-5005)

New Jersey, New York, Puerto Rico, Virgin Islands (800-496-4294)

Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia (888-799-2085)

Alabama, Florida, Georgia, Kentucky, Mississippi , North Carolina, South Carolina, Tennessee (800-440-8091)

Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin (800-765-9372)

Arkansas, Louisiana, New Mexico, Oklahoma, Texas (888-560-8913)

Iowa, Kansas, Missouri, Nebraska (800-743-5323)

Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming (800-877-7353)

American Samoa, Arizona, California, Guam, Hawaii, Marshall Islands, Micronesia, N. Mariana Islands, Nevada, Palau (800-347-3739)

Alaska, Idaho, Oregon, Washington (800-877-0246)

Thank you for your submission. Below is the data you have submitted.

Your Personal Information:
First Name: Mr. Melvin
Last Name: Jones Jr
E-Mail: meljonesjr@gmail.com
Address: 829 Campbell St
City: Flint
State: MI
Zip: 48507
Day Time Phone: 810-962-6225

NI - 17

Evening Phone:
Best Time To Call: Day



Your First Contact Information:
1. First Name: Colleen
Last Name: Connors.
Organization:
Day Time Phone: 313-452-0638
Evening Phone:
Best Time To Call: Day

Your Second Contact Information:
2. First Name:
Last Name:
Organization:
Day Time Phone:
Evening Phone:
Best Time To Call: Day



What happened?:
On March 21, 2018 I, MELVIN JONES JR., WAS OTHERWISE DENIED HOUSING [in that I sent a Quit
Claim Deed to be recorded at the Register of Deeds --- Doc# 2018074356 Liber: 54284 Page: 822
[recorded on 3. 22. 2018] wherein consideration of $3,000 is noted... although the respondents have NOT
yet paid me for such], because the Condominium Association DID NOT HAVE AN ANTI-HARASSMENT
POLICY (e.g. which requires that the neither the Association nor the Association's agents subvert the
MDCR investigation for example] or complaint procedure.  Which is to say from approx. April 2nd, 2015
[when I became visibly mobility impaired... which escalated in or about April 7th, 2016 when I started using
my large-red walker inside and outside... whereby, I received my small blue walker in or about May 23rd,
2016 which I used inside my condominium only... as I did my shower-chair], I was subjected to disability,
and unwelcome sexual harassment (on account of my being disabled), to include Management/
Maintenance purposely allowing toxic-mold to flourish in my condominium unit as a means of harassment
against me... and said harassment included that which is referenced in the HUD accepted complaint
[inquiry # 512220, Case #05-17-6278-8, issued on 11-29-2016].... which exacerbated my handicaps/
disabling medication conditions (e.g. handicap as defined by the Fair Housing Act)..... and thereby my Fair
Housing Rights have been violated.  Further, as I understood, as of March 21st, 2018 the Association owes
me $3,000 for said Quit-Claim Deed because by email sent on a previous date by John Calvin.... NO
DUES/ MONIES WERE OWED BY ME TO THE ASSOCIATION.... provided that the Association receives
a Quit-Claim Deed made out to Parc Lafayette Association (although the Association obtained such from
me through harassment which is impermissible per the Fair Housing Act).  I believe that my Fair Housing
Rights have been violated as a result.



Why do you believe you are being discriminated against?:
On 3 - 21 - 2018 I was OTHERWISE DENIED HOUSING as a result emotional distress suffered by me on
account of continued harassment put against me by the Association, Association Management
(Maintenance), and the Association's agents: John Calvin, Steve Geurra, Dawn Knox and John
Finkelmann because of my assisting myself in obtaining my Fair Housing Rights, as to the HUD accepted
complaint issued against the Association and John Calvin (e.g. whereby on or about March 2nd, 2018) I
was attempting to answer questions regarding the HUD accepted complaint which were posed to me (on
an earlier date 12/ 18/ 2017 and 12/ 19/ 2017.... whereby Mr. Finkelmann was carbon-copied as to said
March 2nd, 2018 answer/ response by me to the MDCR investigators question) posed to me by the
assigned investigator of said HUD complaint (e.g. Michigan Department of Civil Rights --- Renard Morey-
Greer).

Who do you believe discriminated against you?:
First Name: Dawn Knox John Finkelmann
Last Name: Steve Guerra - John Calvin
Organization: Parc Lafayette Association
Address: 1941 Orleans St - Detroit Michigan 48207


Where did the alleged act of discrimination occur?:
Address: 1941 Orleans St
City: Detroit
State: MI
Zip: 48207


When did the last act of discrimination occur?: 03/21/2018

Is the alleged discrimination continuous or on going?: Yes

 Gmail                                    Mel jones jr <meljonesjr@gmail.com>

## HUD Fair Housing Complaint - Melvin, Jones Jr
1 message

**donotreply@hud.gov** <donotreply@hud.gov>                Sun, Apr 22, 2018 at 6:26 AM
To: meljonesjr@gmail.com

Dear Melvin,,

The U.S. Department of Housing and Urban Development (HUD), Office of Fair Housing and Equal
Opportunity (FHEO) has received your HUD 903 online housing discrimination complaint form.  The
information listed at the end of this email is the data you submitted.  Your complaint of housing
discrimination will be routed to the appropriate regional office for processing. Your complaint will be
reviewed by a fair housing specialist to determine if it alleges acts that might violate the Fair Housing Act.
The specialist will contact you for any additional information needed to complete this review. If your
complaint involves a possible violation of the Fair Housing Act, the specialist will assist you in filing an
official housing discrimination complaint.  Please feel free to contact FHEO at the main discrimination
hotline number 800-669-9777 (800-927-9275 for the hearing-impaired) or refer to the state toll-free number
breakout listed below.

Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont (800-827-5005)

New Jersey, New York, Puerto Rico, Virgin Islands (800-496-4294)

Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia (888-799-2085)

Alabama, Florida, Georgia, Kentucky, Mississippi , North Carolina, South Carolina, Tennessee (800-440-
8091)

Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin (800-765-9372)

Arkansas, Louisiana, New Mexico, Oklahoma, Texas (888-560-8913)

Iowa, Kansas, Missouri, Nebraska (800-743-5323)

Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming (800-877-7353)

American Samoa, Arizona, California, Guam, Hawaii, Marshall Islands, Micronesia, N. Mariana Islands,
Nevada, Palau (800-347-3739)

Alaska, Idaho, Oregon, Washington (800-877-0246)

Thank you for your submission. Below is the data you have submitted.

Your Personal Information:
First Name: Melvin,
Last Name: Jones Jr
E-Mail: meljonesjr@gmail.com
Address: 829 Campbell St
City: Flint
State: MI
Zip: 48507
Day Time Phone: 810-962-6225

NI - 17b

Evening Phone:
Best Time To Call: Day


Your First Contact Information:
1. First Name: Colleen M.
Last Name: Connors.
Organization:
Day Time Phone: 313-452-0638
Evening Phone:
Best Time To Call: Day

Your Second Contact Information:
2. First Name:
Last Name:
Organization:
Day Time Phone:
Evening Phone:
Best Time To Call: Day


What happened?:
On or about - March 21, 2018 [e.g. from (prior to) April 2016 to March 21, 2018] the HUD required pedestrian-path-of-accessible travel for handicap persons is BLOCKED BY THE WROUGHT-IRON GATE (i.e. of which on the other side of said blocked pedestrian accessibility path, for the handicapped/ disabled (as defined by the Fair Housing Act) is the (service) ramp. Which is to say that public and common use area is BLOCKED BY (later) installation of THE WROGHT-IRON-GATE. Specifically, common use area of the that which is very near the ramp within the complex, AND public use area of the which is the public-park (e.g. public side walk which leads INTO the complex) which is literally blocked by the later installation of the wrought-iron-gate. In other words, the wrought-iron gate was added at a later date.

The Association, and the Association's agent's John Calvin, John Finkelmann, Dawn Knox, and Steven Guerra; as well as Management and Maintenance for the condominium complex was aware of such by way of the HUD accepted complaint which was issued against the Association and John Calvin... however, the respondents did not take the HUD issued complaint seriously - and thereby the Association and CALVIN, FINKELMANN, et al failed/ refused .... although I believe that the respondents were not happy about the issuance of the HUD complaint wherein I am the complainant/ aggrieved-party [HUD Case #05-17-6278-8, Inquiry Id# 512220].

I have also filed, via online HUD website, HUD Fair Housing Complaints on: Sat. Apr. 21, 2018 @ 6:52AM, and Fri. Apr. 20, 2018 @ 9:34AM related to the 11-29-2016 HUD accepted complaint.

On account of the BLOCKAGE due to the WROUGHT-IRON -GATE... I, on relevant dates hereto, was had to travel long distances (e.g. approx. 3,400 feet --- literally nearly in a circle to get to the ramp); Which is to say - I literally had to travel an almost perfect circle (e.g. LONG AND CIRCUITOUS ROUTE of nearly 1 mile in a circle around the complex AND PAST THE MAIN ENTRANCE - bldg.#6, 1941 Orleans St [which has the only elevator for the complex. Which is due to the Association et, al refusal to given me a key to said main entrance to the complex] AND LOOP BACK TO THE RAMP. I believe that as a handicapped person as defined by the Fair Housing Act, the aforementioned BLOCKED PUBLIC AND COMMON USE AREAS [e.g. blocked by the wrought-iron-gate] violates my fair housing rights.


Why do you believe you are being discriminated against?:
On March 21, 2018 - I, Melvin Jones Jr., was [(harassed because I assisted myself in obtaining my Fair Housing Rights as to the HUD accepted complaint issued on 11-29-2016, against the Association and the Association's agent John Calvin)] subjected to different terms and conditions of housing based on my mobility handicap/ disability. Which on relevant dates hereto resulted in my experiencing emotional

distress, and elevated symptoms as to my Congestive Heart Failure [CHF] handicap including - chest-pain, bad episodes of shortness of breath, dizziness, and very fatigued and tired (which literally, I believe, put my health at risk).... which in [not a small part] resulted in the Association being quit-claimed deeded my condominium on (e.g. recorded on May 22nd, 2018).  I believe that my Fair Housing Rights have been violated as a result.

Who do you believe discriminated against you?:
First Name: Dawn Knox  - John Finkelmann
Last Name: Steve Guerra - John Calvin
Organization: Parc Lafayette Association
Address: 1941 Orleans St - Detroit Michigan 48207

Where did the alleged act of discrimination occur?:
Address: 1941 Orleans St
City: Detroit
State: MI
Zip: 48207

When did the last act of discrimination occur?: 04/22/2018

Is the alleged discrimination continuous or on going?: Yes

 Gmail

Mel jones jr <meljonesjr@gmail.com>

---

## HUD Fair Housing Complaint - Melvin Jones Jr,.,

---

**donotreply@hud.gov** <donotreply@hud.gov>                      Wed, Apr 25, 2018 at 9:08 AM
To: meljonesjr@gmail.com

Dear Melvin,

The U.S. Department of Housing and Urban Development (HUD), Office of Fair Housing and Equal Opportunity (FHEO) has received your HUD 903 online housing discrimination complaint form. The information listed at the end of this email is the data you submitted. Your complaint of housing discrimination will be routed to the appropriate regional office for processing. Your complaint will be reviewed by a fair housing specialist to determine if it alleges acts that might violate the Fair Housing Act. The specialist will contact you for any additional information needed to complete this review. If your complaint involves a possible violation of the Fair Housing Act, the specialist will assist you in filing an official housing discrimination complaint.  Please feel free to contact FHEO at the main discrimination hotline number 800-669-9777 (800-927-9275 for the hearing-impaired) or refer to the state toll-free number breakout listed below.

Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont (800-827-5005)

New Jersey, New York, Puerto Rico, Virgin Islands (800-496-4294)

Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia (888-799-2085)

Alabama, Florida, Georgia, Kentucky, Mississippi , North Carolina, South Carolina, Tennessee (800-440-8091)

Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin (800-765-9372)

Arkansas, Louisiana, New Mexico, Oklahoma, Texas (888-560-8913)

Iowa, Kansas, Missouri, Nebraska (800-743-5323)

Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming (800-877-7353)

American Samoa, Arizona, California, Guam, Hawaii, Marshall Islands, Micronesia, N. Mariana Islands, Nevada, Palau (800-347-3739)

Alaska, Idaho, Oregon, Washington (800-877-0246)

Thank you for your submission. Below is the data you have submitted.

Your Personal Information:
First Name: Melvin
Last Name: Jones Jr,.,
E-Mail: meljonesjr@gmail.com
Address: 829 Campbell St
City: Flint
State: MI
Zip: 48507
Day Time Phone: 810-962-6225
Evening Phone:

NI - 18

Best Time To Call: Day


Your First Contact Information:
1. First Name: Colleen M.
Last Name: Connors
Organization:
Day Time Phone: 313-452-0638
Evening Phone:
Best Time To Call: Day

Your Second Contact Information:
2. First Name:
Last Name:
Organization:
Day Time Phone:
Evening Phone:
Best Time To Call: Day


What happened?:
On March 21st, 2018 (and dates earlier thereto... e.g. from April 2015 to March 21st, 2018) I, Melvin Jones Jr., was DENIED EQUAL ACCESS INTO (and out of) my condominium at Parc Lafayette Condominiums because the only accessible-route which was provided to me by the Association (and the Association Director Daniel Lee in collusion with their agents John Calvin, John Finkelmann, Steve Guerra and Dawn Knox) was that of the RAMP (which is literally a few feet away from the wrought-iron gate located at the side-rear of the complex) at the complex [i.e. the same ramp which is noted in the HUD Accepted complaint issued [on 11-29-2016, inquiry # 512220; Case# 05-17-6278-8 against the Association and John Calvin]. Specifically, I am a person whom is handicapped, per the Fair Housing Act (and by my notes taken as to such) in or about April 2015 my mobility impairment required my use of a cane (and full leg-brace)... and shower-chair for bathing; and by April 2016 my mobility impairment also required my use of a walker due to my CHF; and in June 2016 due to due effects of my knee pain (and unstable-gait for example) my mobility impairment required my use of a electric mobility scooter to get into and out of the complex to get food for myself and get to my doctors appointments for example. However, for several months during the winter season during said years while I lived at the complex as a handicapped person, I did not have equal access to entry into (and out of) my unit because the ramp was very slippery, or had ice or snow accumulations (for example when it snowed or there was freezing rain or freezing temperatures) and thereby NOT accessible for me. However, this could have been remedied by the Association giving me a key so that I could access the MAIN ENTRY/ EXIT of the complex (i.e. bldg. #6 - which has the only elevator... so that I would not be forced to use the inaccessible ramp at the rear-side of the complex - e.g. as noted in the aforementioned HUD accepted complaint issued against the Association and John Calvin). I believe that due to such, my Fair Housing Rights have been violated by the Association, Management, Maintenance, John Calvin, John Finkelmann and Steve Guerra, and Dawn Knox.


Why do you believe you are being discriminated against?:
I was [harassed] denied housing/ denied equal access and enjoyment to housing (on account of my disability per the Fair Housing Act) because I assisted myself in obtaining my Fair Housing Rights as to the HUD accepted complaint issued against the Association on 11-29-2016.

On March 21st, 2018 due to continued pattern of harassment put against me by the aforementioned persons (i.e. the Association ,et al).... I (due to emotional distress suffered by me) quit-claim deeded my condominium to the Parc Lafayette Association.


Who do you believe discriminated against you?:
First Name: Daniel Lee - Dawn Knox  - John Finkelmann

Last Name: Steve Guerra - John Calvin
Organization: Parc Lafayette Association
Address: 1941 Orleans St - Detroit Michigan 48207


Where did the alleged act of discrimination occur?:
Address: 1941 Orleans St
City: Detroit
State: MI
Zip: 48207


When did the last act of discrimination occur?: 03/21/2018

Is the alleged discrimination continuous or on going?: Yes

Sec. 813 [42 U.S.C. 3613] OF THE FAIR Housing
BREACH OF conciliation agreements in violation + Act.

PLAINTIFF JONES Also seeks to enforce (2) TWO
previous conciliations which were breached by defendants
PARC Lafayette, JOHN Calvin + John Finkelman.

1. ON JUNE 28th, 2017 said defendants
Breached the conciliation as to BOTH
PLAINTIFFS' EXPOSURE TO TOXIC - MOLD
and possible asbestos EXPOSURE DUE
TO ROOF Leaks. Value of conciliation
is: $50,000 xx due to violations OF PLAINTIFFS'
Fair Housing Rights; And

2. ON August 21st, 2017 said defendants
Breached the conciliation as to Melvin
JONES JR Quit - Claim Deeding his
PREVIOUS condo to the Association, whereby
$3,000 was to be paid by the Association,
And final payments to JONES And Connors
was to be presented by Defendant Calvin -
value OF THIS
Conciliation is: TBD

Melvin Jones JR
Meljonesjr@gmail.com

[ END - PAGE OF complaint ]
PAGE #87

PAGE # 87

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Judge: Cleland, Robert H.
MJ: Patti, Anthony P.
Filed: 06-19-2018 At 10 13 AM
CMP JONES v MICHIGAN DEPARTMENT OF
CIVIL RIGHTS (sk)

## I. (a) PLAINTIFFS
MELVIN JONES JR and COLLEEN CONNORS

**DEFENDANTS**
Michigan Department of Civil Rights, John Calvin, John Finkelmann,, Parc Lafayette Association, et al

**(b)** County of Residence of First Listed Plaintiff **GENESSE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **WAYNE**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☒ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
SECTION 813(a) of the Federal Fair Housing Act
Brief description of cause:
Retaliation, Failure to Accommodate, Harassment because we attempted to obtain our Fair Housing Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ **280,000**
CHECK YES only if demanded in complaint
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE **n/a**
DOCKET NUMBER **n/a**

DATE
June 18, 2018

SIGNATURE OF ATTORNEY OF RECORD
Plaintiff - Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

**United States District Court • Eastern District of Michigan**

## ATTENTION FINANCIAL

NAME:

ADDRESS:

CITY, STATE, ZIP:

TELEPHONE NUMBER:

PURPOSE OF PAYMENT:

PROBATION OFFICER NAME:

CASE #

AMOUNT ENCLOSED:

RECEIPT REQUESTED:   YES _____   NO

\*\*\* CHECK OR MONEY ORDER ONLY \*\*\*

For Office Use Only

Recd 6/22/16