# MELVIN JONES JR.

**Colleen Connors**
829 Campbell St.
Flint, MI 48507



FILED
JUL 18 2018
U.S. DISTRICT COURT
FLINT, MICHIGAN

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Melvin Jones, Jr, et al.,

                Plaintiff(s),

v.                              Case No. 3:18-cv-11934-RHC-APP
                                   Hon. Robert H. Cleland

Michigan Department of Civil
Rights, et al.,

                Defendant(s),

---

Plaintiff Melvin Jones Jr's:
- (1.) <u>Motion in Limine</u> - as to Jones' excessive day-time sleepiness, medical condition.
- (2.) and <u>Request for Judicial Notice.</u> (SEE ATTACHMENTS JD-15, JD-16 and JD-17).

As to PLAINTIFF JONES' Diagnosis of EXCESSIVE DAY-TIME SLEEPINESS — see attachment JD-15 affixed hereto.

(PAGE 1 OF 2)

# Motion in Limine:

Plaintiff Melvin Jones Jr is diagnosed with Excessive Day-time sleepiness by this Sleep Apnea Specialist - see Attachment JD-15 affixed hereto. Jones requests that the honorable Court not draw any negative inference should Jones present as sleepy (i.e. fall asleep) during Hearing or TRIAL — also Jones' testimony will be effected by his excessive day-time Sleepiness; and Jones may need to use his sleep Apnea machine to take a nap during Lunch-Break during TRIAL in this/the instant Civil Case/ Action.

(PAGE 2 OF 3)

# REQUEST FOR Judicial Notice:

ATTACHMENTS PER FRCP Rule 201

- JD-15; June 28th, 2018 SLEEP-APNEA AND EXCESSIVE DAY-TIME SLEEPINESS DIAGNOSIS.
- JD-16   July 17th, 2018 DELIVERY OF CPAP Machine.
- JD-17   June 10th, 2017 Email to Jones from ASSURANCE Wireless.

As to Attachment JD-17, Plaintiff Jones is Reliably informed that by a Judicial ORDER, the telephone transcript (i.e. cell phone) conversation can be obtained, which per Jones' notes and recollection — Cordell Williams states/says; to Jones

"The Attorneys told me [Cordell] not to tell you (Jones) what we [the Association] did when we went into your unit."

Respectfully Submitted,

DATE: July 18th, 2018

Melvin Jones JR. — Plaintiff Pro Se
829 Campbell St
FLINT, MI   48507
Email: meljonesjr@gmail.com
Ph # 810-962-6225

(PAGE 3 OF 3)

*AUTO CPAP prescription*

Physician Order

**Pulm Med Southfield**
16310 W. 12 Mile Rd
Southfield MI 48076-2925
Phone: 248-288-1503
Fax: 248-551-4556

| | | | |
|---|---|---|---|
| Date: | Jun 26, 2018 | Beaumont MRN: | 6073397 |
| Name: | MELVIN JONES JR. | DOB: | 8/11/1964 |
| Addr: | 829 Campbell Street<br>Flint MI 48507 | Phone: | 810-962-6225 (home) |
| | | Sex: | Male |

**NEW PAP MACHINE & SUPPLIES** (Order ID # 924004492)   Comment: BHME
Assoc. Dx: Mild obstructive sleep apnea [G47.33], Excessive daytime sleepiness [G47.19]

### Order Questions

| Question | Answer | Comment |
|---|---|---|
| Study Type: | Polysomonogram | |
| Study Date | 6/8/2018 | |
| AHI | 7.98 | |
| SX If AHI < 15 | Hypertension<br>Excess day sleepiness | |
| Report | See OneChart - Ancillary Studies tab | |
| Duration of Use | 12 mos | |
| Type of machine | CPAP | |
| CPAP | ResMed AirSense 10 AutoSet | |
| Mask and supplies (include headgear, filters, tubing, chin strap, nasal pillows, integrated humidity, data card, etc) | Patient Preference | |
| CPAP/BPAP: cm H2O | 5-15 cm H2O | |
| Included wireless monitoring | Yes | |

Provider Signature: _____   Signature Date: 6/26/18

Ordering Provider: Patel, Vishal K, MD  NPI: 1083877294
Authorizing Provider: Patel, Vishal K, MD  NPI: 1083877294

**JD-15**

MELVIN JONES JR. (MRN: 6073397) DOB: 8/11/1964

*Faxed to BHME 6-26-18 By KP*

→ AUTO - CPAP DELIVERY      JD-16

# Beaumont

28105 Woodward, Berkley, MI 48072-0910, Phone: (248) 743-9100

**DELIVERY TICKET**

Sales Order 73943
Customer ID 114387
Doc ID 1|7905|244179

| | | | | | |
|---|---|---|---|---|---|
| **Customer** | Jones Jr , Melvin | **DOB** 08/11/1964 | **Height** | **Weight** | **Sex** M |

**Bill to**   829 Campbell Street
              Flint, MI 48507
              (810) 962-6225

**Deliver to**  829 Campbell Street
                Flint, MI 48507
**Phone:** (810) 962-6225
**Mobile:**

**Insurance** BLUE CROSS COMPLETE MEDICAID/NORTHWOOD INC

**Comments or Special Instructions**                                    **HIPAA Signature on file**   No

| Delivery Date | Time | CSR | Branch | | | | |
|---|---|---|---|---|---|---|---|
| 7/17/2018 | | Sarah | Berkley Retail | | | | |
| Qty | Type | Bin | Item | Ext. Allow | Ext. Charge | Tax | Co-Pay |
| **Warehouse** | | | 001 Berkley Retail WWR | | | | |
| 1 | Rental | | 37208 / Airsense 10 Autoset W/Humidair & Climatelineair<br><br>ResMed / 37208<br><br>Unit of Measure: EA<br>Serial No. 23181787112<br>Asset No. | $52.29 | $80.00 | $0.00 | $0.00 |
| 1 | Rental | | E0562 / Humidifier Heated<br><br>Unit of Measure: EA | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | Purchase | | 36810 / Slimline Tubing<br><br>ResMed / 36810<br><br>Unit of Measure: EA | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | Purchase | | 36851 / Air10 & S9 Standard Filter<br><br>ResMed / 36851<br><br>Unit of Measure: PK | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | Purchase | | 37299 / Humidair Standard Tub<br><br>ResMed / 37299<br><br>Unit of Measure: EA | $0.00 | $0.00 | $0.00 | $0.00 |


1|7905|244179

Sales Order    73943
Customer       Jones Jr , Melvin
Customer ID    114387


JD-16

Page 1   of 2

Customer Copy

| QTY | Type | Bin | Item | Ext. Allow | Ext. Charge | Tax | Co-Pay |
|---|---|---|---|---|---|---|---|
| 1 | Purchase | | 1090624 / Amara View Minimal Contact Ff Mask W/Hdgr L<br><br>Respironics / 1090624<br><br>Unit of Measure: EA | $119.95 | $140.00 | $0.00 | $0.00 |
| 1 | Purchase | | A7035 / Headgear<br><br>Unit of Measure: EA | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | TOTAL | $172.24 | $220.00 | $0.00 | $0.00 |

AUTHORIZATION TO ASSIGN BENEFITS TO PROVIDER AND RELEASE OF MEDICAL INFORMATION:
I request that payment of authorized Medicare and other benefits be made on my behalf to the above company for products and services that they have provided for me. I further authorize a copy of this agreement to be used in place of the original and authorize any holder of medical information about me to be released to the Centers for Medicare and Medicaid Services and its agents or others, any information needed to determine these benefits or compliance with current healthcare standards.

**Thank You for Your Business !!!**

1|7905|244179

Sales Order   73943
Customer     Jones Jr , Melvin
Customer ID  114387

Page 2   of 2
Customer Copy



Mel jones jr &lt;meljonesjr@gmail.com&gt;

## phone call question.... (KMM162473615V26045L0KM)
2 messages

**OurTeamAssuranceWireless@virginmobileusa.com**     Mon, Jul 10, 2017 at 6:34 PM
&lt;OurTeamAssuranceWireless@virginmobileusa.com&gt;
To: Mel jones jr &lt;meljonesjr@gmail.com&gt;

    Dear meljonesjr@gmail.com,

    We received your message dated 7/10/2017. Should you need to contact us again about this email, please refer to Case #67989522. This will help us locate and review your correspondence with us.

    Feel free to check "My Account" via assurancewireless.com for helpful tips to get your answers right away.

    Thanks for contacting us, we will be in touch shortly.

    Assurance Wireless eCare Team


**Mel jones jr** &lt;meljonesjr@gmail.com&gt;     Mon, Jul 10, 2017 at 6:38 PM
To: "OurTeamAssuranceWireless@virginmobileusa.com" &lt;OurTeamAssuranceWireless@virginmobileusa.com&gt;
Cc: mel jones jr &lt;meljonesjr@gmail.com&gt;

    Hello,

    I need the phone call transcript for a call which took place @ 4:46 pm today.

    How do I go about getting such ?

    Thank you,

    Melvin Jones Jr.
    [Quoted text hidden]



JD-17

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and ~~am not~~ a party to this ~~bankruptcy case~~ adversary proceeding. My ~~business~~ HOME address is:

I, Colleen Connors AM a party to the Civil Law Suit; and my mailing address is 829 Campbell St Flint, MI 48507
TO REDUCE BURDEN AND COST... THE SAID DOCUMENT HAS BEEN SERVED VIA EMAIL.

A true and correct copy of the foregoing document entitled (specify): Plaintiff Jones' MOTION IN LIMINIE
PLAINTIFF's ~~...~~ IN FEDERAL CIVIL CASE # 3:18

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 7-15-2018 I checked the CM/ECF docket for this ~~...~~ adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Defendants: John Colvin, John Finkleman, Steve Guerra → Theresa Asoklis, Law Firm of Collins, Einhorn Farrell PC, 4000 Town Ctr. Southfield.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL** → 7-18-2018
On (date) ~~...~~, I served the following persons and/or entities at the last known addresses ~~...~~ by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEFENDENTS:
Michigan Department of Civil Rights
Reynard Morey-Greer
PARC Lafayette Association
John Calvin, Cordell Williams

John Finkelmann
Steve Guerra
Candace Crawford
Daniel Lee

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

DEFENDANTS [AND/OR] THEIR ATTORNEYS WERE SERVED VIA EMAIL

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

7/18/18   COLLEEN CONNORS                    Colleen Connors
Date      Printed Name                       Signature