15

ORIGINAL

# MELVIN JONES JR. - Plaintiffs' Pro Se

**Colleen Connors**
829 Campbell St.
Flint, MI 48507



FILED
JUL 23 2018
U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Melvin Jones, Jr, et al.,

                          Plaintiff(s),

v.                                  Case No. 3:18-cv-11934-RHC-APP
                                                 Hon. Robert H. Cleland

Michigan Department of Civil
Rights, et al.,

                          Defendant(s),

_____

PAGE 1 of 4

SUPPLEMENT@

# Plaintiff's* Request FOR Judicial Notice PER FRCP Rule 201:

\* MELVIN JONES JR's Supplemented REQUEST

# Plaintiffs' Request for Judicial Notice:

The facts which Plaintiff Melvin Jones Jr. requests that the Honorable Court take Judicial Notice of are generally known within the District Court's territorial jurisdiction;

and

Said facts can be accurately and readily determined from sources whoes accuracy cannot reasonably be questioned.



Page 2 of 4

## Plaintiff's REQUEST FOR Judicial NOTICE (cont'd):

Plaintiff, Melvin Jones Jr, also Respectfully contends that the District Court is hereby supplied with the necessary information for Judicial Notice to be taken.... which is to say, Plaintiff Jones intends for the instant Request for Judicial Notice to be a Supplement to His pending other Rule 201 Requests, DOC # 6, 8 and DOC # 9, & DOC # 14.

FACTS TO BE JUDICIALLY NOTICE:

PAGE 3 of 4

JD-18  Asthma letter dated August 27th, 2010 Regarding Melvin Jones. [Allergy and Asthma Associates]; And envelop as to said 8-27-2010 Letter.

# Plaintiff's Request for Judicial Notice (cont'd):

JD-18a Plaintiffs' May 30th, 2016 Reasonable Accommodation Request.

JD-19 Plaintiffs' 11-30-2016 Reasonable Accommodation Request (with PDF attachment)

JD-20 PDF Attachment of Plaintiffs' 11-30-2016 Reasonable Accommodation Request.

JD-21 Defendants' NOVEMBER 30th, 2016 John Calvin, Candace Crawford Parc Lafayette RESPONSE to Plaintiffs' Reasonable Accommodation REQUESTS.

JD-22 Plaintiff Melvin Jones Jr.'s June 22nd, 2010 Asthma Specialists Letter with DIAGNOSIS OF SEVERE-PERSISTANT Asthma.

JD-22a Letter dated October 18th, 2010 regarding Plaintiff Melvin Jones JR.'s medical condition of SEVERE RESPIRATORY CHRONIC condition.

JD-23 Plaintiff Melvin Jones JR.'s 6-22-2012 Diagnosis of Dizziness, and Asthma.

JD-24 Plaintiff Melvin Jones JR.'s March 9th 2012 Diagnosis of SEVERE PERSISTANT Asthma.

DATE: July 21st 2018

email: meljonesjr.@gmail.com

MELVIN JONES JR — Plaintiff Pro Se
phone 810-962-6225
829 Campbell ST - FLINT
MI. 48507

Page 4 of 4



**ALLERGY AND ASTHMA ASSOCIATES**
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

ARTHUR A. BIEDERMANN, M.D.
JAMES D. WOLFE, M.D.
ALAN B. GOLDSOBEL, M.D.
ROBERT T. TORRANO, M.D.
TOBY LEVENSON, M.D.
JEFFREY L. KISHIYAMA, M.D.
ROXANNE S. LEUNG, M.D.
KRISTI M. ANNECONE, F.N.P.
CARRIE A. KAUFMANN, P.N.P.-BC

4050 MOORPARK AVENUE • SAN JOSE, CA 95117-1840 — TELEPHONE (408) 243-2700
393 BLOSSOM HILL ROAD, SUITE 315 • SAN JOSE, CA 95123-1654 — TELEPHONE (408) 281-9400
200 JOSE FIGUERES AVENUE, SUITE 470 • SAN JOSE, CA 95116-1593 — TELEPHONE (408) 254-0300
9360 NO NAME UNO, SUITE 140 • GILROY, CA 95020-3535 — TELEPHONE (408) 848-1800
3329 MISSION DRIVE • SANTA CRUZ, CA 95065-1827 — TELEPHONE (831) 479-6933
2287 MOWRY AVENUE, SUITE E • FREMONT, CA 94538-1622 — TELEPHONE (510) 797-5555
285 SOUTH DRIVE, SUITE 1 • MOUNTAIN VIEW, CA 94040-4318 — TELEPHONE (650) 210-9292

8/27/10

RE: Melvin Jones

Dear Sir/Madam,

Mr. Jones is a member of our medical practice with asthma under our care. He requires a _regular, daytime_ schedule to optimize his health. Please consider changing his schedule. Do not hesitate to call me with any questions.

Sincerely,
Dr. Leung

JD-18

ALLERGY AND ASTHMA ASSOCIATES
OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION
4050 MOORPARK AVENUE
SAN JOSE, CALIFORNIA 95117

Melvin Jones

8-30-10

 **Gmail**                                                    Colleen Connors <cmcolleen4@gmail.com>

---

## urgent - please read me... vip question regarding Parc Lafayette Policy

**Colleen Connors** <cmcolleen4@gmail.com>                                Mon, May 30, 2016 at 11:36 AM
To: candace@mgkrealty.com
Cc: Danielle Sanders <danielle@mgkrealty.com>, ayana@mgkrealty.com, Mel jones jr <meljonesjr@gmail.com>, Colleen Connors <CMColleen4@gmail.com>

DATE: May 30, 2016

Candace,

Would you please clarify the current policy on barbecuing at Parc Lafayette?

Also, if the Board is planning to designate a communal barbecue area, once such an area is designated, please keep in mind that the smoke from grilling/barbecuing can irritate asthma, from which Mel and I both suffer.

**While my (e.g. Colleen's) asthma is mild, Mel's asthma is noted in his medical chart as severe persistent (asthma).**

Also, more important -- if there has been/ or will be an authorization for barbecuing to be done on co-owner patio and/or rear yard patio -- please be especially mindful of said asthma conditions **AND that the smoke from said barbecuing can pose a possible carbon monoxide issue as such blows into the upstairs units here at Parc Lafayette.**

In addition, Mel is willing to provide you with documentation as to his asthma (e.g. from his primary doctor's office).

Please respond asap.

Thank you,

Colleen #1927

Shortly after the instant email was sent to Association Management, during an in-person conversation between Candace Crawford and I (Melvin Jones Jr.), Candace told me that "look Mel, we have already agreed to make things right with you and Colleen for the cost of damage Regarding Roof leak MOLD into your unit, but if you two continue to complain the agreement will be canceled by us."

JD - 18a

Melvin Jones Jr.
Plaintiff Pro SE

 Gmail  Mel jones jr <meljonesjr@gmail.com>

## 'accessible route' --- Fair Housing ADA request as to transition of the 'ramp' such that said transition meets the sidewalk/ is LEVEL with the side walk

**Colleen Connors** <cmcolleen4@gmail.com>  Wed, Nov 30, 2016 at 10:00 AM
To: jcalvin@maglawpllc.com, candace@mgkrealty.com, Danielle Sanders <danielle@mgkrealty.com>, ayana@mgkrealty.com
Cc: Mel jones jr <meljonesjr@gmail.com>, Colleen Connors <CMColleen4@gmail.com>

<<< SEE ATTACHED FAIR HOUSING ADA REQUEST >>>

📎 **Gmail - 'accessible route' --- Fair Housing ADA request as to transition of the 'ramp' such that said transition meets the sidewalk_ is LEVEL with the side walk.pdf**
63K

JD-19

11/30/2016 Gmail - 'accessible route' --- Fair Housing ADA request as to transition of the 'ramp' such that said transition meets the sidewalk/ is LEVEL with...

Case 2:18-cv-11934-MOB-APP ECF No. 15, PageID.244 Filed 07/23/18 Page 9 of 15

 Gmail

Mel jones jr <meljonesjr@gmail.com>

## 'accessible route' --- Fair Housing ADA request as to transition of the 'ramp' such that said transition meets the sidewalk/ is LEVEL with the side walk
1 message

**Mel jones jr** <meljonesjr@gmail.com>  Wed, Nov 30, 2016 at 9:57 AM
To: mel jones jr <meljonesjr@gmail.com>

**30th, November 2016**

**Mel's FHEO ADA REQUEST --- Fair Housing ADA request as to transition of the 'ramp' such that said transition meets the sidewalk/ is LEVEL with the side walk.**

**p.s. Mr. Calvin --- can you please email Colleen Connors, and the Fair Housing Regional Office in Chicago as well as myself [Melvin Jones Jr.] as to Parc Lafayette's response to my FHEO ADA Request which I have requested via this email.**

**Sincerely,**

**Mel Jones Jr. -- owner #1927**

JD - 20

_Melvin Jones Jr._
Plaintiff Pro SE

(Attachment of Colleen's November 30th 2016 Reasonable Accommodation Request email.)

 Gmail     Mel jones jr <meljonesjr@gmail.com>

## 'accessible route' --- Fair Housing ADA request as to transition of the 'ramp' such that said transition meets the sidewalk/ is LEVEL with the side walk

**John Calvin** <jcalvin@maglawpllc.com>     Wed, Nov 30, 2016 at 10:05 AM
To: Colleen Connors <cmcolleen4@gmail.com>, "candace@mgkrealty.com" <candace@mgkrealty.com>, Danielle Sanders <danielle@mgkrealty.com>
Cc: Mel jones jr <meljonesjr@gmail.com>

Ms. Connors, you can stop your emails. I just received confirmation from Ms. Trujillo that HUD has accepted the matter for investigation and letters are being sent out to that effect. Hopefully the investigator who is assigned to the matter will be able to help put things in perspective for you.

John F. Calvin
MAKOWER ABBATE GUERRA WEGNER VOLLMER PLLC
30140 Orchard Lake Road
Farmington Hills, MI 48334
Phone: 248.254.7600
Direct: 248.254.7599
Fax: 248.671.0100
www.maglawpllc.com

From: Colleen Connors [mailto:cmcolleen4@gmail.com]
Sent: Wednesday, November 30, 2016 10:01 AM
To: John Calvin <jcalvin@maglawpllc.com>; candace@mgkrealty.com; Danielle Sanders <danielle@mgkrealty.com>; ayana@mgkrealty.com
Cc: Mel jones jr <meljonesjr@gmail.com>; Colleen Connors <CMColleen4@gmail.com>
Subject: Fwd: 'accessible route' --- Fair Housing ADA request as to transition of the 'ramp' such that said transition meets the sidewalk/ is LEVEL with the side walk

<<< SEE ATTACHED FAIR HOUSING ADA REQUEST >>>

---

*Handwritten annotations:*

JD-21

Melvin Jones Jr.
PLAINTIFF PRO SE

(Defendants' PARC Lafayette, John Calvin, and Candace Crawford's interference, wrongful DENIAL of Jones / Connors' Reasonable Accommodation requests) + Retaliation

+ said Defendants' conduct was meant to induce Plaintiffs to move out of PARC Lafayette condos.



# ALLERGY AND ASTHMA ASSOCIATES
### OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

ARTHUR A. BIEDERMANN, M.D.
JAMES D. WOLFE, M.D.
ALAN B. GOLDSOBEL, M.D.
ROBERT T. TORRANO, M.D.
TOBY LEVENSON, M.D.
JEFFREY L. KISHIYAMA, M.D.
ROXANNE S. LEUNG, M.D.
KRISTI M. ANNECONE, F.N.P.
CARRIE A. KAUFMANN, P.N.P.-B.C.

MINORU YAMATE, M.D.
*FOUNDER*

June 22, 2010

RE: Melvin JONES, JR
DOB: 08-11-64

To Whom It May Concern:

I am writing in support of my patient, Melvin Jones, Jr. I have been his Asthma Specialist Physician since March 22 of 2010. I can attest that he suffers from severe persistent asthma and requires daily medical treatment and regular follow-up in my clinic.

Please allow him to have reasonable periodic breaks or time off, as needed, to administer asthma medication. I would also specially request that he not handle any cleaning products nor be required to transport patients, as this may trigger his asthma symptoms.

Please do not hesitate to contact me with any questions or concerns. I can be reached at (408) 243-2700.

Warmest regards,

Roxanne S. Leung, M.D.

RSLjk

MOORPARK OFFICE: 4050 MOORPARK AVENUE, SAN JOSE, CALIFORNIA 95117-1840    TELEPHONE (408) 243-2700    FAX (408) 984-1594
BLOSSOM HILL OFFICE: 393 BLOSSOM HILL ROAD, SUITE 315, SAN JOSE, CALIFORNIA 95123-1654    TELEPHONE (408) 281-7400    FAX (408) 281-2443
REGIONAL OFFICE: 200 JOSE FIGUERES AVENUE, SUITE 470, SAN JOSE CALIFORNIA 95116-1593    TELEPHONE (408) 254-0300    FAX (408) 254-2300
GILROY OFFICE: 9360 NO NAME UNO, SUITE 140, GILROY, CALIFORNIA 95020-3535    TELEPHONE (408) 848-1800    FAX (408) 848-1840
SANTA CRUZ OFFICE: 3329 MISSION DRIVE, SANTA CRUZ, CALIFORNIA 95065-1827    TELEPHONE (831) 479-6933    FAX (831) 479-6940
FREMONT OFFICE: 2287 MOWRY AVENUE, SUITE E, FREMONT, CALIFORNIA 94538-1622    TELEPHONE (510) 797-5555    FAX (510) 797-5596
MOUNTAIN VIEW OFFICE: 285 SOUTH DRIVE, SUITE 1, MOUNTAIN VIEW, CALIFORNIA 94040-4318    TELEPHONE (650) 210-9292    FAX (650) 968-1632
RESEARCH CENTER: 4050 MOORPARK AVENUE, SUITE 6, SAN JOSE, CALIFORNIA 95117-1840    TELEPHONE (408) 553-0709    FAX (408) 553-0757

FORM 152 LH



→ JD-22



# ALLERGY AND ASTHMA ASSOCIATES
### OF NORTHERN CALIFORNIA
A MEDICAL CORPORATION

ARTHUR A. BIEDERMANN, M.D.
JAMES D. WOLFE, M.D.
ALAN B. GOLDSOBEL, M.D.
ROBERT T. TORRANO, M.D.
TOBY LEVENSON, M.D.
JEFFREY L. KISHIYAMA, M.D.
ROXANNE S. LEUNG, M.D.
KRISTI M. ANNECONE, F.N.P.
CARRIE A. KAUFMANN, P.N.P.-B.C.

October 18, 2010

MINORU YAMATE, M.D.
*FOUNDER*

RE: Melvin JONES JR.
DOB: 08-11-64

To whom this may concern,

Mr. Melvin Jones Jr. is under my medical care. He is being treated for a severe respiratory chronic condition which requires daily medical treatment and regular follow-up. In order to optimize his health and continued treatment, I respectfully request that he have a regular, daytime schedule which finishes by 5 pm.

I am more than happy to personally discuss this case with the medical director of your corporation. Please do not hesitate to contact me at 408-243-2700.

Warmest regards,

Roxanne S. Leung, M.D.

---

**MOORPARK OFFICE:** 4050 MOORPARK AVENUE, SAN JOSE, CALIFORNIA 95117-1840 — TELEPHONE (408) 243-2700   FAX (408) 984-1594
**BLOSSOM HILL OFFICE:** 393 BLOSSOM HILL ROAD, SUITE 315, SAN JOSE, CALIFORNIA 95123-1654 — TELEPHONE (408) 281-7400   FAX (408) 281-2443
**REGIONAL OFFICE:** 200 JOSE FIGUERES AVENUE, SUITE 470, SAN JOSE CALIFORNIA 95116-1593 — TELEPHONE (408) 254-0300   FAX (408) 254-2300
**GILROY OFFICE:** 9360 NO NAME UNO, SUITE 140, GILROY, CALIFORNIA 95020-3535 — TELEPHONE (408) 848-1800   FAX (408) 848-1840
**SANTA CRUZ OFFICE:** 3329 MISSION DRIVE, SANTA CRUZ, CALIFORNIA 95065-1827 — TELEPHONE (831) 479-6933   FAX (831) 479-6940
**FREMONT OFFICE:** 2287 MOWRY AVENUE, SUITE E, FREMONT, CALIFORNIA 94538-1622 — TELEPHONE (510) 797-5555   FAX (510) 797-5596
**MOUNTAIN VIEW OFFICE:** 285 SOUTH DRIVE, SUITE 1, MOUNTAIN VIEW, CALIFORNIA 94040-4318 — TELEPHONE (650) 210-9292   FAX (650) 968-1632
**RESEARCH CENTER:** 4050 MOORPARK AVENUE, SUITE 6, SAN JOSE, CALIFORNIA 95117-1840 — TELEPHONE (408) 553-0709   FAX (408) 553-0757

FORM 152 LH

JD-22a

[Photocopy of prescription pad from MAGGIE S. CHAU, D.O., with handwritten note from doctor verifying patient was seen, noting dizziness, asthma, and that patient has been ill & unable to work from 6/20/12 to 6/25/12, will return 6/26/12. Dated 6/21/12.]

On 6-22-2012 I (Melvin Jones Jr.) was diagnosed with dizziness, which I believe was a worsening of my CHF [Congestive Heart Failure].

_(signature)_
Melvin Jones Jr.
Plaintiff Pro SE

JD-23



JD-24

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and ~~not~~ a party to this ~~bankruptcy case or~~ adversary proceeding. My ~~business~~ HOME address is:
I, Colleen Connors AM a party to the Civil Law Suit; and my mailing address is 829 Campbell St Flint, MI 48507
TO REDUCE BURDEN AND COST... THE SAID DOCUMENT HAS BEEN SERVED VIA EMAIL.

A true and correct copy of the foregoing document entitled (specify): Plaintiff Jones'
PLAINTIFF's ~~...~~ IN FEDERAL CIVIL CASE # 3:18
→ Plaintiffs' REQUEST FOR JUDICIAL NOTICE
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below: → PER FRCP Rule 201

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 7-15-2018 I checked the CM/ECF docket for this ~~bankruptcy case or~~ adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Defendants Jetta Calvin, John Finkleman, Steve Guerra → THERSA Asoklis
Law Firm of Collins, Einhorn Farrell PC
4000 Town Cnt. Southfield
☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: → 7-22-2018
On (date) ~~_____~~ I served the following persons and/or entities at the last known addresses ~~_____~~ by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEFendents:
MICHIGAN department of Civil Rights
Reynard Morey-Geek
PARC Lafayette Association
JOHN CALVIN, Cordell Williams

JOHN Finkelmann
Steve Guerra
Candace Crawford
Daniel LEE
☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) ~~_____~~, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

DEFENDANTS [AND/OR] THEIR ATTORNEYS WERE SERVED VIA EMAIL

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

7/22/18 | COLLEEN CONNORS | Colleen Connors
Date | Printed Name | Signature