AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

**FILED**
**JUL 2 5 2018**
U.S. DISTRICT COURT
FLINT, MICHIGAN

MELVIN JONES JR, et al.
_Plaintiff/Petitioner_
v.
MICHIGAN DEPARTMENT OF CIVIL RIGTHS, et al.
_Defendant/Respondent_

Civil Action No. 3:18-CV-11934

**MELVIN JONES JR'S**
**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**APPLICATION FOR** (Short Form) → **PAUPER STATUS:**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested; IF POSSIBLE REFUND OF FILING FEE ALREADY PAID BY PLAINTIFF CONNORS.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: __NOT APPLICABLE__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:
I, MELVIN JONES JR, AND NOT EMPLOYED — I CANNOT AFFORD AN ATTORNEY TO REPRESENT ME IN THIS MATTER AN I CANNOT AFFORD TO PAY THE COSTS FOR SERVICE (E.G. FORMAL IN PERSON SERVICE BY U.S. MARSHALL) UPON THE DEFEDANTS WHOM HAVE NOT YET RESPONDED TO MY REQUEST FOR WAIVER OF SUMMONS SENT VIA U.S. MAIL ON/ ABOUT 6-20-2018. (I.E. SAID/CERTAIN defendants have not entered an appearance).
My gross pay or wages are: $ __0__, and my take-home pay or wages are: $ __0__ per
(specify pay period) __0__.

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

(a) Business, profession, or other self-employment   ☐ Yes   ☑ No
(b) Rent payments, interest, or dividends   ☐ Yes   ☑ No
(c) Pension, annuity, or life insurance payments   ☐ Yes   ☑ No
(d) Disability, or worker's compensation payments   ☐ Yes   ☑ No
(e) Gifts, or inheritances   ☐ Yes   ☑ No
(f) Any other sources   ☐ Yes   ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

(PAGE: 1 OF 2)

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____984.00_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

1/2 INTEREST IN MY HOME IN WHICH I LIVE AT 829 CAMPBELL ST -FLINT VALUE OF MY INTEREST = $2,800

ALSO I OWN A VACNAT LOT AT 109 PAGE ST - FLINT, MI WHICH HAS A VALUE OF $600

ADDITIONALLY, DEFENDANTS PARC LAFAYETTE, ET AL OWN ME $3,000 FOR A QUIT-CLAIM DEED TO 1927 ORLEANS ST, DETROIT;
AND ADDITIONAL MONIES FOR BREACHED CONCILIATIONS AS TO MY FAIR HOUSING RIGHTS BEING VIOLATED.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:     7-26-2018

*Applicant's signature*

MELVIN JONES JR - PLAINT PRO SE
*Printed name*

( PAGE 2 OF 2 )