UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN JONES, JR. and COLLEEN
CONNERS,

        Plaintiffs

v.

MICHICAN DEPARTMENT OF
CIVIL RIGHTS, REYNARD MOREY-
GREER, PARK LAFAYETTE
ASSOCIATION, JOHN CALVIN,
JOHN FINKELMANN, STEVE
GUERRA, CANDACE CRAWFORD,
CORDELL WILLIAMS, and DANIEL
LEE,

        Defendants.
_____/

Case No. 2:18-CV-11934
District Judge Marianne O. Battani
Magistrate Judge Anthony P. Patti

## **ORDER REQUIRING PLAINTIFFS MELVIN JONES, JR. AND COLLEEN CONNERS TO APPEAR AT THE SEPTEMBER 11, 2018 SCHEDULNG AND STATUS CONFERENCE**

On August 27, 2018, the Court issued a Notice for all parties to appear for a scheduling/status conference in my courtroom on September 11, 2018 (DE 65), and entered two Orders: (1) denying Plaintiff Jones' emergency motion to change venue and request for telephone hearing appearance (DE 66); and (2) staying this case pending the September 11, 2018 scheduling and status conference (DE 67). Plaintiffs Melvin Jones, Jr. and Colleen Conners have subsequently filed over

twenty documents, mostly labeled as "appeals" of or objections to the Court's prior Orders.

Notwithstanding Plaintiffs' appeals or objections, absent a stay of the Court's prior orders, Plaintiffs are <u>not</u> excused from attending the September 11, 2018 scheduling/status conference and appearing **IN PERSON** in my courtroom, as noticed. The Court has determined from the excessive activities and filings in this case that it is necessary to address the parties <u>in</u> <u>person</u>. **<u>Failure to appear in person, as ordered, may result in sanctions, including dismissal of the case.</u>** The plaintiffs are again strongly encouraged to seek assistance from the Federal *Pro Se* Legal Assistance Clinic which has been established through the University of Detroit-Mercy Law School, and which can be contacted at (313) 234-2690 or at proseclinic@udmercy.edu.

**IT IS SO ORDERED.**

Dated: September 5, 2018            s/*Anthony P. Patti*
                                    Anthony P. Patti
                                    UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on September 5, 2018, electronically and/or by U.S. Mail.

                                    s/Michael Williams
                                    Case Manager for the
                                    Honorable Anthony P. Patti