6/1/2019 Gmail - (email service of) JONES' MOTION TO SUPPLEMENT THE APPELLATE RECORD IN 6th Circuit Court of Appeals --- APPEAL C...

Case 2:18-cv-11034-MOB-APP ECF No. 230, PageID.1755 Filed 06/01/19 Page 1 of 2



Mel jones jr <meljonesjr@gmail.com>

---

## (email service of) JONES' MOTION TO SUPPLEMENT THE APPELLATE RECORD IN 6th Circuit Court of Appeals --- APPEAL CASE # 19-1485:

1 message

---

**Mel jones jr** <meljonesjr@gmail.com>  Sat, Jun 1, 2019 at 8:10 AM
To: kbutler <kbutler@starrbutler.com>, "Jonathan B. Koch" <jonathan.koch@ceflawyers.com>, Beverly Sutherlin <beverly.sutherlin@ceflawyers.com>, Zachary Jugan <zjugan@starrbutler.com>, "Theresa.Asoklis" <Theresa.Asoklis@ceflawyers.com>
Cc: "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Colleen Connors <cmcolleen4@gmail.com>, mel jones jr <meljonesjr@gmail.com>

# CASE# 19-1485

# Melvin Jones Jr. v. Parc Lafayette Association et, al.

# **JONES' MOTION TO SUPPLEMENT THE APPELLATE RECORD IN 6th Circuit Court of Appeals --- APPEAL CASE # 19-1485:**

# Specifically, Jones respectfully requests to, in effort to AID THE 6th CIRCUIT COURT OF APPEALS IN DECIDING appeal # 19-1485... Jones requests that he be allowed to supplement the record on appeal: (1) Rule 10(e)(2)(C) of the Federal Rules of Appellate Procedure, and/ or (2) Rule 201 of the Federal Rules of Evidence, and/ or (3) the inherent

6/1/2019 Gmail - (email re: 18-cv-11834) JONES- MOTION TO SUPPLEMENT THE APPELLATE RECORD (in court of appeals...

Case 2:18-cv-11834-MOB-APP ECF No. 230, PageID.1756 Filed 06/01/19 Page 2 of 2

equitable authority of the federal courts of appeals:

Whereby the appellate record in appeal # 19-1485 is supplemented with district court Doc# 208 to Doc# 229. As said aforementioned documents which are filed in the district court.... where filed <u>AFTER</u> ECF Order Doc # 207.

Respectfully Submitted,
/s/
Melvin Jones Jr. - Appellate Pro Se