Melvin Jones Jr. - Pro Se Appellant- Plaintiff
1935 Hosler St  Flint, MI 48503 ---- ph# 810-962-6225

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN

JUDGE: BATTANI
CASE: # 18-11934
Jones' REPLY to defense counsel's DOC# 236....

Melvin Jones Jr.,
Plaintiff - Appellant
V.
Parc Lafayette Association, et al
Defendants - Appellees
_____

PLEASE SEE MY (e.g. Plaintiff Jones') RESPONSE DOC# 234 which I fully incorporate as if fully set forth herein.

Respectfully submitted,

*[signature]*

Date: June 10th, 2019

Melvin Jones Jr.  - Pro Se Appellant-Plaintiff