Melvin Jones Jr. - Pro Se Appellant- Plaintiff

1935 Hosler St  Flint, MI 48503 ----  ph# 810-962-6225

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN

**JUDGE: BATTANI**
**CASE: # 18-11934**
**Jones' supplement to Doc# 211, due to Recent U.S. Dept. of Justice update.**

Melvin Jones Jr.,

Plaintiff - Appellant

V.

Parc Lafayette Association, et al

Defendants - Appellees

_____

**I, Melvin Jones Jr., hereby supplement DOC# 211 which is one of my FRCP Rule 60/ 62.1 emergency motion due to recent U.S. Dept. of Justice update, which was received via email by me today (June 6th, 2019):**

# (see next page)

## "JUSTICE DEPARTMENT REACHES SETTLEMENT AGREEMENT WITH YORK COUNTY, SC TO END HIRING PRACTICES THAT DISCRIMINATE AGAINST APPLICANTS WITH DISABILITIES

1 message

---

**U.S. Department of Justice**
**<usdoj@public.govdelivery.com>**

**Mon, Jun 10, 2019 at 4:17 PM**

**Reply-To: usdoj@public.govdelivery.com**
**To: meljonesjr@gmail.com**

**"The Justice Department today announced that it reached a settlement agreement with York County, South Carolina under the Americans with Disabilities Act (ADA). The agreement resolves the Department's lawsuit alleging that the county discriminated against an applicant on the basis of his disability, dwarfism, when he sought to apply for a Purchasing Manager position. The complaint alleges that York County required applicants for the Purchasing Manager position to possess a driver's license even though having a driver's license is not essential to performing the job functions of the position. By requiring a driver's license, the county unfairly screened out the applicant, who because of his disability does not possess a driver's license, but who was otherwise qualified for the position. To read the press release regarding this settlement, click here. For more information about the ADA, call the Department's toll-free ADA Information Line at 800-514-0301 (TDD 800-514-0383) or access the ADA website at ada.gov."**

**Here, I (Pro Se Jones) because of my disability DO NOT possess a driver's license --- but my private enforcement Fair Housing Complaint is otherwise qualified to go forward in the Flint Federal Court (i.e. my complaint HAS NOT been dismissed for failure to state a claim).**

**So, I further believe that consistent with the U.S. Dept. of Justice update quoted above.....  That an indicative ruling should be issued in favor of transferring my private enforcement Fair Housing Complaint against defendant John Calvin and Parc Lafayette et, al to FLINT FEDERAL COURT.**

**It should additionally noted that documentation of my NOT possessing a driver's license because of my disability is/ should already be on file in the district court docket.**

**Simply put, without a driver's license... I am NOT able to drive from my home in Flint to the Detroit Federal Court, also my NOT possessing a driver's license is due to BOTH physical and (prescription medication induced) neurological/ cognitive impairments.**

Respectfully submitted,

Date: June 10th, 2019

*Melvin Jones Jr.* - Pro Se Appellant-Plaintiff