Melvin Jones Jr. - Pro Se Appellant- Plaintiff

1935 Hosler St  Flint, MI 48503 ---- ph# 810-962-6225

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT MICHIGAN

**JUDGE: BATTANI**
**CASE: # 18-11934**
Jones' supplemental Brief
to his emergency motion Doc# 229;
AND Pro Se Jones' REQUEST FOR LEAVE
to file an AMENDED COMPLAINT as to
AN INDEPENDENT ACTION against
Defendants' John Calvin, et al
for abuse of process State Court
Lawsuit whereby Calvin, et al have
put FRAUD UPON THE State and
Federal District Court;
(i.e. to be transferred to the FLINT
FEDERAL COURT)

Melvin Jones Jr.,
Plaintiff - Appellant
V.
Parc Lafayette Association, et al
Defendants - Appellees

_____

## Jones' supplemented BRIEF to his ECF Doc# 229:

Based upon the defendants John Calvin and Parc Lafayette et, al's response to my DOC# 229 (see defense response doc's # 223 - and doc# 226).... And then relying ON THE DISTRICT RECORD AS A WHOLE... to include Plaintiffs' ECF Doc# 234, and Plaintiffs' ECF doc # 237 ---- **Jones respectfully requests (an indicative ruling):**

1.) That Doc# 198 and Doc # 207 be VACATED,
2.) Pro Se Jones' REQUEST FOR LEAVE to file an AMENDED COMPLAINT as to AN INDEPENDENT ACTION against Defendants' John Calvin, et al, for abuse of process State Court Lawsuit whereby Calvin, et al have put FRAUD UPON THE State and Federal District Court (i.e. to be transferred to the FLINT FEDERAL COURT),
3.) That case transfer to Magistrate Anthony Patti be VACATED,
4.) That District Court Judge Battai RECUSE herself from my district court case,
5.) My district court case be transferred to Flint Federal Court for ALL proceedings to include a trial on the merits.

*[signature]*

Date: June 11th, 2019

*Melvin Jones Jr.* - Pro Se Appellant-Plaintiff