Melvin Jones Jr. - Pro Se Appellant

1935 Hosler St - Flint, Michigan

48503 --- ph# 810-962-6225

### United States District Court for the Eastern District of Michigan

**Plaintiff Melvin Jones Jr.'s Response and Objections to District Court Judge Battani's Order Doc# 249 ORDER to Show Cause:**

Melvin Jones Jr.,

Plaintiff - Appellant

V.

Parc Lafayette Association, et al

Defendants - Appellees

_____

Pro Se Plaintiff - Appellant Melvin Jones Jr.'s Response and OBJECTIONS to Judge Battani's DOC# 249 which limits Jones' response to the district court Judge's order to show cause to only 5-five pages:

I, Melvin Jones Jr. respond as follows;

    1.) I object to Judge Battani hearing and/ or presiding over said ORDER TO SHOW cause

because I believe due to the nature of my Pending 6th Circuit Appeals... Judge Battani is unable to be fair as to said ruling of the order to show cause, and I believe that the order to show cause is issued unfairly in effort to bias my pending 6th Circuit Appeals and as a means of retribution against me,

2.) I believe that the defense counsel had NO basis in fact to file a Motion to dismiss in this case.  And I, Jones, believe that limited DISCOVERY WILL ALLOW ME TO PROPERLY PROVE that my request for sanctions against defense counsel is NOT a motion was should be punished by monetary sanctions being put against me... because to do so VIOLATES my CONSTITUTIONAL rights as a Plaintiff TO PROSECUTE my civil case;

3.) The District Court is NOW (and continues to try to have it BOTH ways).... 1st by wrongfully dismissing my district court case due to FAILURE TO PROSECUTE and NOW an order to show cause being put against me for actually attempting to prosecute my district court case.

4.) A subpoena of the cell phone conversation between Defendant Cordell Williams and myself will show that contrary to what Defendant Finklemann has asserted previously (i.e. during the MDCR investigation).... That the defendants DID IN FACT have access to my unit @ Parc Lafayette Association (THE LIE by defendants), and that per defendant Cordell Williams --- the attorneys told him NOT to tell me what they did when they were in my unit (THE conspiracy to run Plaintiff Connors and myself out of Parc LAfayette Association); and that the BASIS for the ABUSE OF PROCESS STATE COURT LAWSUIT is what lead to Connors and I, (Jones) having to File the instant FHA private enforcement action against the defendants;

5.) I, object to the ORDER TO SHOW CAUSE because it wrongfully REWARDS defense counsel by allowing LACK OF CANDOR to the district court by filing a motion to dismiss, instead of earnestly attempting to at least resolve this matter.

6.) I, Jones, I diligently attempted to mediate and/ or resolve the instant lawsuit (e.g. MDCR and Morey-Greer have ALREADY been dismissed by mutual stipulation which was initiated by me).... AND as to defense counsel Butler and Aslokis... I even reached out to the 6th Circuit Court mediation department who contacted defense counsel in effort to mediate a resolution of the instant case.

7.) As further response to the ORDER TO SHOW CAUSE, I request that such be heard by testimony of Plaintiff Jones, and ALL defendants to include defense counsel AT THE FLINT FEDERAL COURT whereby such can be more fairly determined.

8.) Sanctions against me unfairly DEPRIVES me to my day in court, which the Detroit District Court violated in the first place.

9.) The 6th Circuit Court of Appeals should be allowed to decide my pending appeals PRIOR to an issuance of an order as to the decision as to DOC# 249, ORDER TO SHOW CAUSE.

10.) I, Jones, should be allowed to APPEAL DOC# 249, prior to said order being effective.

11.) This case MUST/ should be allowed to proceed to finality of TRIAL on the MERITS in order to determine if sanctions against me (i.e Jones) are appropriate {which I respectfully contend that sanctions are NOT appropriate…. And a TRIAL on the merits is the ONLY way to fairly determine such (e.g. so as not to further violate Jones' Constitutional Rights… because the Order to Show Cause in intertwined with the events giving rise to the instant district court case).

Date: June 25th, 2019

Melvin Jones Jr. - Pro Se Appellant-Plaintiff