Melvin Jones Jr. - Pro Se Appellant
1935 Hosler St - Flint, Michigan
48503 --- ph# 810-962-6225

### NOTICE OF APPEAL TO THE 6th CIRCUIT COURT OF APPEALS

**Plaintiff Melvin Jones Jr.'s NOTICE OF APPEAL OF ECF ORDERS DOC# 249, and 250, et seq.**

Melvin Jones Jr.,
Plaintiff - Appellant
V.
Parc Lafayette Association, et al
Defendants - Appellees
_____

**Pro Se Plaintiff - Appellant Melvin Jones Jr.'s NOTICE OF APPEAL of ECF orders doc # 249 and # 250, et seq.**

Date: June 25th, 2019

Melvin Jones Jr. - Pro Se Appellant-Plaintiff